AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008



Report Required by the Ethics
in Government Act of 1978
(5 U.S C app §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  MORROW, MARGARET M | 2. Court or Organization  United States District Court, CACD | 3. Date of Report  06/11/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status, magistrate judges indicate full- or part-time)  United States District Judge - Active | 5a Report Type (check appropriate type)  ☐ Nomination,    Date  ☐ Initial   ☑ Annual   ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008  to  12/31/2008 |
| 7. Chambers or Office Address  United States District Court  255 E Temple Street, Ste. 770  Los Angeles, California 90012 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director | Ninth Circuit Historical Society |
| 2. Trustee | Bryn Mawr College - Board of Trustees |
| 3. Trustee | Mayfield Senior School - Board of Trustees |
| 4 Trustee | Trust (see Part VII, Page 41, Line 632) |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1 | |
| 2 | |
| 3 | |

DISCLOSURE OFFICE
FINANCIAL
2009 JUN 12 A 10: 59
RECEIVED

**Morrow, Margaret M**

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1 | 2008 | Defined Benefit Pension Payment from State of California - SEE NOTE IN PART VIII | $203,966 28 |
| 2 | 2008 | Defined Benefit Pension Payment from State of California | $132,968 09 |
| 3 | | | |
| 4 | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria )*

☑ NONE *(No reportable non-investment income )*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3 | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children, see pp. 25-27 of filing instructions )*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1 | Bryn Mawr College | February 7-9 | Bryn Mawr, PA | Board of Trustee Meeting | Air Transportation, Meals, Lodging |
| 2. | Bryn Mawr College | April 24-26 | Bryn Mawr, PA | Board of Trustee Meeting | Air Transportation, Meals |
| 3 | Bryn Mawr College | October 2-4 | Bryn Mawr, PA | Board of Trustee Meeting | Air Transportation, Meals, Lodging |
| 4 | Consumer Attorneys Association of Los Angeles | August 29-30 | Las Vegas, NV | Convention / Speaker | Air Transportation, Lodging, Meal |
| 5 | Colby College | April 4-7 | Waterville, ME | Panelist at Convocation | Air Transportation, auto rental, meal, ground transportation to and from airports |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. - | 06/11/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1 | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Van Kampen American Capital, Pace Fund-A - IRA | A | Dividend | K | T | | | | | |
| 2 Vanguard Windsor II Fund - IRA | A | Dividend | J | T | | | | | |
| 3 Wells Fargo Bank - IRA | A | Interest | J | T | | | | | |
| 4 BROKERAGE ACCOUNT #1 - INDIVIDUAL RETIREMENT ACCOUNT | F | Int /Div. | P1 | T | | | | | |
| 5 - Cash equivalent - Morgan Stanley | | | | | | | | | See note in Part VIII |
| 6. - Wyeth - common stock | | | | | Sold (part) | 9/2 | J | A | |
| 7 - | | | | | Sold | 10/21 | J | | |
| 8 - American International Group, Inc - common stock | | | | | Buy (add'l) | 8/12 | J | | |
| 9. - | | | | | Sold | 9/16 | J | | |
| 10 - Amgen Inc. - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 11 - Sanofi-Aventis ADR - common stock | | | | | | | | | |
| 12. - The Bank of New York Mellon Corporation - common stock | | | | | Buy (add'l) | 8/18 | J | | |
| 13 - | | | | | Sold (part) | 10/21 | J | | |
| 14 - Bemis Company Inc - common stock | | | | | Sold | 6/23 | J | B | |
| 15 - BP plc ADR - common stock | | | | | | | | | |
| 16 - Cadbury Schweppes PLC ADR - common stock | | | | | | | | | See note in Part VIII |
| 17 - Cadbury PLC- common stock | | | | | Sold | 5/08 | J | A | See note in Part VIII |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2 501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500 000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18 - Dr. Pepper Snapple Group Inc - common stock | | | | | Spmoff<br>(from line 16) | 5/07 | J | | See note in Part VIII |
| 19 - | | | | | Sold | 5/08 | J | A | |
| 20 - Canon Inc ADR - common stock | | | | | Buy<br>(add'l) | 4/17 | J | | |
| 21 - | | | | | Sold | 10/21 | J | A | |
| 22 - Cisco Systems Inc - common stock | | | | | Sold<br>(part) | 6/18 | J | | |
| 23 - Deere & Company - common stock | | | | | Sold | 5/14 | J | A | |
| 24 - Diageo PLC ADR - common stock | | | | | Sold | 10/21 | J | B | |
| 25. - Eaton Vance Corp Non VTG - common stock | | | | | Sold | 10/21 | J | A | |
| 26 - ENI S.P A ADR - common stock | | | | | Sold | 10/21 | J | A | |
| 27 - Exxon Mobil Corporation - common stock | | | | | Sold<br>(part) | 4/01 | J | A | |
| 28 - | | | | | Sold<br>(part) | 4/30 | J | A | |
| 29 - | | | | | Sold<br>(part) | 5/22 | J | B | |
| 30. - | | | | | Sold<br>(part) | 6/20 | J | A | |
| 31 - | | | | | Sold<br>(part) | 8/05 | J | A | |
| 32 - | | | | | Sold<br>(part) | 9/24 | J | A | |
| 33. - | | | | | Sold<br>(part) | 10/21 | J | | |
| 34 - General Electric Company - common stock | | | | | | | | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2.500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000 000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35 - Heineken NV ADR - common stock | | | | | Sold (part) | 4/02 | J | A | |
| 36 - | | | | | Sold | 10/21 | J | A | |
| 37 - HSBC Holdings PLC ADR - common stock | | | | | Sold | 10/21 | J | A | |
| 38 - Jack Henry & Associates Inc - common stock | | | | | Sold | 10/21 | J | | |
| 39 - JP Morgan Chase & Company - common stock | | | | | Sold (part) | 3/17 | J | | |
| 40 - | | | | | Buy (add'l) | 6/11 | J | | |
| 41 - | | | | | Sold (part) | 10/21 | J | A | |
| 42 - Microsoft Corporation - common stock | | | | | Sold (part) | 11/26 | J | | |
| 43 - Nestle - SA ADR common stock | | | | | Sold (part) | 5/19 | J | B | |
| 44 - | | | | | Sold (part) | 7/10 | J | A | |
| 45 - | | | | | Sold | 10/21 | J | B | |
| 46 - Novartis AG ADR - common stock | | | | | Sold | 10/21 | J | A | |
| 47 - Qualcomm Inc. - common stock | | | | | Sold (part) | 10/21 | J | | |
| 48 - Royal Dutch Shell PLC ADR - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 49 - | | | | | Sold (part) | 10/21 | J | | |
| 50 - AT&T Inc - common stock | | | | | Sold (part) | 1/23 | J | A | |
| 51 - | | | | | Sold (part) | 6/20 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g.. div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52  - | | | | | Sold (part) | 10/21 | J | | |
| 53.  - Schlumberger Ltd  - common stock | | | | | Sold (part) | 3/25 | J | A | |
| 54  - | | | | | Sold (part) | 6/23 | J | A | |
| 55  - | | | | | Sold (part) | 10/21 | J | A | |
| 56  - Teleflex Inc. - common stock | | | | | Sold | 10/21 | J | A | |
| 57  - Total S A  ADR - common stock | | | | | Sold | 10/21 | J | B | |
| 58  - Unilever PLC ADR - common stock | | | | | Sold (part) | 7/10 | J | A | |
| 59  - | | | | | Sold | 10/21 | J | | |
| 60.  - Valspar Corporation - common stock | | | | | Sold | 1/29 | J | A | |
| 61  - Verizon Communications - common stock | | | | | Sold | 2/13 | J | A | |
| 62  - Wal-Mart Stores Inc  - common stock | | | | | Buy (add'l) | 1/25 | J | | |
| 63  - | | | | | Buy (add'l) | 1/30 | J | | |
| 64  - | | | | | Sold (part) | 10/21 | J | A | |
| 65  - Waste Management Inc. - common stock | | | | | Sold (part) | 10/21 | J | A | |
| 66  - AXA S.A. ADR - common stock | | | | | Sold | 1/29 | J | | |
| 67  - Citigroup Inc. - common stock | | | | | Sold (part) | 2/04 | J | | |
| 68  - | | | | | Sold (part) | 5/12 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M.   -    - | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 69   - | | | | | Sold | 703 | J | | |
| 70   - Donaldson Co Inc - common stock | | | | | Sold | 10/21 | J | A | |
| 71   - Glaxosmithkline PLC ADR - common stock | | | | | Sold | 10/21 | J | | |
| 72   - Intesa Sanpaolo S p A ADR - common stock | | | | | Sold (part) | 4/02 | J | A | |
| 73   - | | | | | Sold | 10/21 | J | A | |
| 74   - Nokia Corp ADR - common stock | | | | | Sold | 10/21 | J | | |
| 75.   - Reinsurance Group of America - common stock | | | | | Sold | 6/27 | J | A | |
| 76   - Siemens AG ADR - common stock | | | | | Sold (part) | 1/10 | J | A | |
| 77   - UBS AG - common stock | | | | | Sold (part) | 1/14 | J | B | |
| 78   - | | | | | Buy (add'l) | 6/03 | J | | |
| 79   - | | | | | Sold (part) | 7/29 | J | A | |
| 80.   - | | | | | Buy (add'l) | 10/21 | J | | |
| 81   - Brown & Brown Inc - common stock | | | | | Sold | 10/21 | J | | |
| 82   - Comcast Corp - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 83.   - Copart Inc - common stock | | | | | Sold | 10/21 | J | B | |
| 84   - Eaton Corp - common stock | | | | | Sold (part) | 10/21 | J | A | |
| 85   - Procter & Gamble - common stock | | | | | Sold (part) | 2/26 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100 001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86 - | | | | | Sold (part) | 5/20 | J | A | |
| 87 - | | | | | Sold (part) | 6/12 | J | A | |
| 88. - | | | | | Buy (add'l) | 10/21 | J | | |
| 89 - Monsanto Co - common stock | | | | | Sold (part) | 4/29 | J | | |
| 90 - | | | | | Sold (part) | 7/31 | J | B | |
| 91. - Praxair, Inc - common stock | | | | | Buy (add'l) | 7/3 | J | | |
| 92. - | | | | | Sold (part) | 8/6 | J | | |
| 93 - | | | | | Sold (part) | 10/21 | J | | |
| 94. - Regis Corp. - common stock | | | | | Sold | 1/23 | J | A | |
| 95 - Tesco PLC ADR - common stock | | | | | Sold | 10/21 | J | A | |
| 96. - Zebra Technologies Inc. - common stock | | | | | Sold | 6/24 | J | A | |
| 97 - Credit Suisse Group ADR - common stock | | | | | Sold (part) | 1/08 | J | A | |
| 98. - | | | | | Sold | 2/12 | J | A | |
| 99 - Emerson Electric Co. - common stock | | | | | Sold (part) | 7/18 | J | A | |
| 100 - | | | | | Sold (part) | 8/28 | J | A | |
| 101 - | | | | | Sold | 10/21 | J | A | |
| 102. - Kraft Foods Inc. - common stock | | | | | Sold (part) | 4/17 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103  - | | | | | Sold (part) | 11/28 | J | | |
| 104  - Microchip Technology Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 105   - Progress Energy Inc. - common stock | | | | | | | | | |
| 106   - Vodafone Group PLC ADR - common stock | | | | | Sold (part) | 4/11 | J | A | |
| 107  - | | | | | Sold (part) | 10/21 | J | | |
| 108.  - CVS Caremark Corp  - common stock | | | | | Sold (part) | 4/16 | J | A | |
| 109  - | | | | | Sold (part) | 10/21 | J | | |
| 110   - Kroger Co  - common stock | | | | | Sold (part) | 10/21 | J | A | |
| 111.  - Mettler Toledo International Inc. - common stock | | | | | Sold (part) | 1/24 | J | A | |
| 112  - | | | | | Sold | 10/21 | J | B | |
| 113.  - Nomura Holdings Inc  ADR - common stock | | | | | Sold | 1/16 | J | | |
| 114   - Adobe Systems Inc. - common stock | | | | | Sold (part) | 10/21 | J | | |
| 115   - Barrick Gold Corp  - common stock | | | | | Sold (part) | 1/24 | J | A | |
| 116  - | | | | | Sold (part) | 7/11 | J | A | |
| 117  - | | | | | Sold (part) | 7/21 | J | A | |
| 118  - | | | | | Buy (add'l) | 10/21 | J | | |
| 119  - | | | | | Sold (part) | 12/16 | J | A | |

1 Income Gain Codes    A =$1 000 or less    B =$1 001 - $2.500    C =$2 501 - $5,000    D =$5,001 - $15 000    E =$15,001 - $50 000
(See Columns B1 and D4)    F =$50.001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000 001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15.000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500 001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
    P3 =$25,000,001 - $50,000,000        P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. - Campbell Soup Company - common stock | | -- | | | Sold<br>(part) | 10/21 | J | A | |
| 121. - El Paso Corp - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 122 - General Dynamics Corp - common stock | | | | | Sold | 10/21 | J | | |
| 123 - Google Inc - common stock | | | | | Sold<br>(part) | 10/21 | J | A | |
| 124 - Hewlett Packard Co - common stock | | | | | Sold<br>(part) | 1/14 | J | A | |
| 125 - | | | | | Sold<br>(part) | 2/11 | J | A | |
| 126 - | | | | | Sold<br>(part) | 4/03 | J | A | |
| 127. - Hoya Corp. ADR - common stock | | | | | Sold | 10/21 | J | | |
| 128. - Imperial Tobacco Group PLC ADR - common stock | | | | | Sold<br>(part) | 5/23 | J | A | |
| 129 - | | | | | Sold | 10/21 | J | | |
| 130. - Southern Co - common stock | | | | | Sold<br>(part) | 4/23 | J | A | |
| 131 - Stericycle Inc. - common stock | | | | | Sold<br>(part) | 2/06 | J | A | |
| 132 - TNT N V. ADR - common stock | | | | | Sold | 7/01 | J | | |
| 133 - UCBH Holdings Inc - common stock | | | | | Sold | 7/01 | J | | |
| 134. - Exterran Holdings, Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 135 - Zurich Finanial Services ADR - common stock | | | | | Sold<br>(part) | 4/24 | J | A | |
| 136 - | | | | | Sold | 10/21 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000 000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137 - Abbott Laboratories - common stock | | | | | Sold<br>(part) | 10/21 | J | A | |
| 138 - Adidas AG ADR - common stock | | | | | Sold | 10/21 | J | | |
| 139 - American Tower Corp. - common stock | | | | | Sold | 10/21 | J | | |
| 140 - Apple, Inc. - common stock | | | | | Sold<br>(part) | 8/04 | J | A | |
| 141. - | | | | | Sold<br>(part) | 9/16 | J | A | |
| 142 - | | | | | Sold | 10/21 | J | | |
| 143. - Bristol Myers Squibb Co - common stock | | | | | Sold<br>(part) | 2/26 | J | | |
| 144. - | | | | | Sold | 3/18 | J | | |
| 145. - Chesapeake Energy Corp. - common stock | | | | | Sold | 10/21 | J | | |
| 146 - Church & Dwight Co Inc - common stock | | | | | Sold<br>(part) | 1/25 | J | A | |
| 147. - | | | | | Sold<br>(part) | 10/21 | J | B | |
| 148. - Coca-Cola Co. - common stock | | | | | Sold<br>(part) | 1/28 | J | A | |
| 149 - | | | | | Sold<br>(part) | 3/17 | J | A | |
| 150 - | | | | | Sold<br>(part) | 7/02 | J | | |
| 151 - | | | | | Buy<br>(add'l) | 10/21 | J | | |
| 152 - Coca-Cola Enterprises - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 153 - CRH PLC ADR - common stock | | | | | Sold<br>(part) | 5/16 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50 000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154 - | | | | | Sold | 9/17 | J | | |
| 155 - Cognizant Technologies Solutions Corp - common stock | | | | | Sold | 7/31 | J | | |
| 156. - DaimlerChrysler AG-EUR - common stock | | | | | Sold (part) | 3/11 | J | A | |
| 157 - | | | | | Sold | 7/24 | J | | |
| 158 - Devon Energy Corp. - common stock | | | | | Sold | 10/31 | J | | |
| 159 - Eaton Vance Tax Mgd Div Eqty Inc. Fund - Closed-end Fund | | | | | Buy (add'l) | 3/12 | J | | |
| 160. - Ericsson LM Telephone Co. - ADR - common stock | | | | | Sold (part) | 10/21 | J | | |
| 161 - Federal National Mtg. Assn - common stock | | | | | Sold | 9/08 | J | | |
| 162 - Gilead Sciences Inc - common stock | | | | | Sold | 10/21 | J | A | |
| 163 - Lloyds TSB Group PLC ADR - common stock | | | | | Sold | 5/08 | J | | |
| 164 - Mine Safety Appliances Co - common stock | | | | | Sold | 10/21 | J | | |
| 165 - News Corporation - common stock | | | | | Sold | 4/30 | J | | |
| 166 - NII Holdings Inc - common stock | | | | | Sold | 10/21 | J | | |
| 167 - Nissan Motor Ltd. ADR - common stock | | | | | Sold | 2/12 | J | | |
| 168 - P G & E Corporation - common stock | | | | | Sold (part) | 10/21 | J | | |
| 169 - | | | | | Sold | 12/08 | J | | |
| 170 - PPL Corporation - common stock | | | | | Sold | 4/16 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171 - Pediatrix Medical Group Inc - common stock | | | | | Sold<br>(part) | 1/29 | J | A | |
| 172 - | | | | | Sold | 10/21 | J | | |
| 173 - Philadelphia Consolidated Hldg Corp - common stock | | | | | Sold<br>(part) | 9/10 | J | A | |
| 174 - | | | | | Sold<br>(part) | 9/22 | J | A | |
| 175 - | | | | | Sold | 10/21 | J | B | |
| 176 - Singapore Telecommunication ADR - common stock | | | | | Sold<br>(part) | 5/08 | J | A | |
| 177 - | | | | | Sold | 10/21 | J | | |
| 178 - Suez SA ADR - common stock | | | | | Sold<br>(part) | 7/09 | J | A | See note in Part VIII |
| 179 - GDF Suez- common stock | | | | | Merged<br>(with line 178) | 7/16 | J | | |
| 180 - | | | | | Sold | 7/25 | J | A | |
| 181 - Sun Microsystems Inc - common stock | | | | | Sold<br>(part) | 4/18 | J | | |
| 182. - | | | | | Sold | 10/21 | J | | |
| 183 - Sumitomo Mitsui Financial Group Inc ADR - common stock | | | | | Sold<br>(part) | 10/22 | J | | |
| 184 - Teva Pharmaceutical Industries Ltd ADR - common stock | | | | | Sold<br>(part) | 1/17 | J | A | |
| 185 - | | | | | Sold<br>(part) | 10/21 | J | A | |
| 186. - Texas Instruments Inc - common stock | | | | | Sold<br>(part) | 2/26 | J | | |
| 187 - Textron Inc - common stock | | | | | Sold | 7/16 | J | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188 - Transocean Inc - common stock | | | | | Sold | 10/21 | J | | |
| 189 - Wellpoint Inc - common stock | | | | | Sold | 3/11 | J | | |
| 190. - Williams Companies Inc - common stock | | | | | Sold<br>(part) | 8/12 | J | A | |
| 191 - | | | | | Sold | 8/13 | J | A | |
| 192 - World Fuel Services Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 193 - ABB Ltd. ADR - common stock | | | | | Sold | 9/12 | J | | |
| 194 - Allianz SE ADR - common stock | | | | | Buy<br>(add'l) | 3/25 | J | | |
| 195 - | | | | | Sold | 10/21 | J | | |
| 196 - Altera Corp - common stock | | | | | | | | | See note in Part VIII |
| 197 - Amazon com Inc - common stcok | | | | | Sold<br>(part) | 9/17 | J | | |
| 198 - America Movil S.A.B DE CV - ADR - common stock | | | | | Sold | 1/28 | J | | |
| 199. - AON Corp - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 200. -Archer-Daniels-Midland Co - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 201 - Banco Santander S A. - common stock | | | | | Sold | 10/21 | J | | |
| 202 - BB&T Corp. - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 203. - Boeing Company - common stock | | | | | Sold | 7/02 | J | | |
| 204 - British American Tobacco PLC - ADR - common stock | | | | | Sold | 10/21 | J | | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2 500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15 001 - $50 000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000 000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500 001 - $1,000,000    P1 =$1 000 001 - $5,000,000    P2 =$5 000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205 - Caterpillar Inc - common stock | | | | | Sold (part) | 7/16 | J | | |
| 206 - Ceradyne Inc - common stock | | | | | Buy (add'l) | 1/24 | J | | |
| 207 - | | | | | Sold (part) | 10/28 | J | | |
| 208 - | | | | | Sold | 10/29 | J | | |
| 209 - Charles Schwab Corp - common stock | | | | | | | | | |
| 210 - Chevron Corp - common stock | | | | | Sold (part) | 10/21 | J | | |
| 211 - Companhia Siderurgica - ADR - common stock | | | | | Sold | 3/07 | J | A | |
| 212 - Corning, Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 213. - Costco Wholesale Corp. - common stock | | | | | | | | | |
| 214 - DBS Group Hldg Ltd. - ADR - common s tock | | | | | Sold | 10/21 | J | | |
| 215 - Delta Airlines, Inc common stock | | | | | | | | | |
| 216 - Digital River Inc - common stock | | | | | Sold (part) | 6/27 | J | | |
| 217 - | | | | | Sold | 10/21 | J | | |
| 218 - E ON AG ADR - common stock | | | | | Sold | 10/21 | J | A | |
| 219. - Eaton Vance Floating Rate Income Tr - C losed-end Fund | | | | | Sold | 3/14 | J | | |
| 220 - Eaton Vance Tax Managed Global - Clo sed-end Fund | | | | | Buy (add'l) | 3/12 | J | | |
| 221 - Equinix Inc - common stock | | | | | Sold | 10/21 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222 - First Solar Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 223 - Freeport McMoran Copper & Gold - common stock | | | | | Buy (add'l) | 3/05 | J | | |
| 224 - | | | | | Sold (part) | 5/01 | J | A | |
| 225. - | | | | | Sold (part) | 7/09 | J | A | |
| 226 - General Motors Corporation - common stock | | | | | Sold | 1/24 | J | | |
| 227 - Groupe Danone ADR - common stock | | | | | Sold (part) | 9/05 | J | | |
| 228. - | | | | | Sold | 10/21 | J | | |
| 229. - Hartford Financial Services Group Inc. - common stock | | | | | Sold | 3/11 | J | | |
| 230 -IAC/InteractiveCorp. - common stock | | | | | Buy (add'l) | 1/18 | J | | See note in Part VIII |
| 231. - | | | | | Sold (part) | 10/21 | J | | |
| 232. - HSN Inc. - common stock | | | | | Spinoff (from line 230) | 8/20 | J | | |
| 233 - | | | | | Sold | 12/11 | J | | |
| 234 - Interval Leisure Group Inc. - common stock | | | | | Spinoff (from line 230) | 8/20 | J | | |
| 235 - | | | | | Sold | 9/19 | J | | |
| 236 - Ticketmaster Entertainment, Inc - common stock | | | | | Spinoff (from line 230) | 8/20 | J | | |
| 237 - | | | | | Sold (part) | 10/21 | J | | |
| 238 - Tree com Inc - common stock | | | | | Spinoff (from line 230) | 8/20 | J | | |

1 Income Gain Codes A =$1,000 or less B =$1,001 - $2,500 C =$2,501 - $5,000 D =$5,001 - $15,000 E =$15,001 - $50,000
 (See Columns B1 and D4) F =$50,001 - $100,000 G =$100,001 - $1,000,000 H1 =$1,000,001 - $5,000,000 H2 =More than $5,000,000
2 Value Codes J =$15,000 or less K =$15,001 - $50,000 L =$50,001 - $100,000 M =$100,001 - $250,000
 (See Columns C1 and D3) N =$250,001 - $500,000 O =$500,001 - $1,000,000 P1 =$1,000,001 - $5,000,000 P2 =$5,000,001 - $25,000,000
  P3 =$25,000,001 - $50,000,000 P4 =More than $50,000,000
3 Value Method Codes Q =Appraisal R =Cost (Real Estate Only) S =Assessment T =Cash Market
 (See Column C2) U =Book Value V =Other W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239 - | | | | | Sold | 10/21 | J | | |
| 240. - Immucor Inc - common stock | | | | | Sold | 10/21 | J | | |
| 241 - Intel Corp - common stock | | | | | Sold (part) | 1/04 | J | | |
| 242 - | | | | | Sold (part) | 2/04 | J | | |
| 243 - | | | | | Sold (part) | 2/05 | J | | |
| 244 - Jackson Hewitt Tax Service Inc - common stock | | | | | Sold | 5/13 | J | | |
| 245. - Juniper Networks Inc - common stock | | | | | | | | | |
| 246 - Kohl's Corp. - common stock | | | | | Sold (part) | 3/18 | J | A | |
| 247 - | | | | | Sold (part) | 10/21 | J | | |
| 248. - McDermott International Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 249 - MainStay Floating Rate Fund - Mutual Fund | | | | | Sold (part) | 3/14 | J | | |
| 250 - | | | | | Buy (add'l) | 12/30 | J | | |
| 251. - Marshall & Ilsley Corporation - common stock | | | | | Sold | 1/16 | J | | |
| 252 - Mastercard Inc - common stock | | | | | Sold | 10/21 | J | | |
| 253 - Merrill Lynch & Co Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 254 - Metlife Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 255 - Morgan Stanley - common stock | | | | | Sold (part) | 2/12 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256  - | | | | | Sold | 3/11 | J | | |
| 257  - Mosaic Company - common stock | | | | | Sold | 4/03 | J | A | |
| 258  - Neustar Inc - common stock | | | | | Sold | 10/21 | J | | |
| 259  - Nicholas-Applegate Equity & Conv Income Fund | | | | | Buy (add'l) | 1/24 | J | | |
| 260  - | | | | | Buy (add'l) | 4/16 | J | | |
| 261  - | | | | | Buy (add'l) | 7/15 | J | | |
| 262  - | | | | | Buy (add'l) | 10/8 | J | | |
| 263  - Nuveen Floating Rate Income Fund - Closed-end Fund | | | | | Sold (part) | 3/14 | J | | |
| 264.  - Nvidia Corporation - common stock | | | | | Sold (part) | 5/09 | J | | |
| 265  - Oracle Corp - common stock | | | | | Sold (part) | 2/11 | J | | |
| 266  - | | | | | Sold (part) | 10/21 | J | | |
| 267  - Peabody Energy Corp. - common stock | | | | | Sold (part) | 7/30 | J | A | |
| 268  - | | | | | Buy (add'l) | 10/21 | J | | |
| 269  - PNC Financial Services Group - common stock | | | | | Sold (part) | 10/21 | J | | |
| 270  - Prudential PLC - ADR - common stock | | | | | Sold (part) | 7/24 | J | | |
| 271  - | | | | | Sold | 10/21 | J | | |
| 272.  - Putnam Floating Rate Income Fund - mutual fund | | | | | Buy (add'l) | 12/30 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2 500 | C =$2.501 - $5 000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100 001 - $1,000,000 | H1 =$1,000,001 - $5 000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273 - Research In Motion Ltd - common stock | | | | | Sold (part) | 8/29 | J | A | |
| 274 - | | | | | Sold | 10/21 | J | | |
| 275 - Roche Holding Ltd - ADR - common stock | | | | | Sold (part) | 10/21 | J | | |
| 276 - Rockwell Collins Inc - common stock | | | | | Sold (part) | 3/31 | J | | |
| 277 - Suntrust Banks Inc - common stock | | | | | | | | | |
| 278 - Supervalue Inc - common stock | | | | | Sold | 8/08 | J | | |
| 279 - Thermo Fisher Scientific Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 280. - Time Warner Inc - common stock | | | | | Sold (part) | 3/04 | J | | |
| 281. - | | | | | Sold (part) | 10/21 | J | | |
| 282 - United Technologies Corp - common stock | | | | | Sold | 7/02 | J | | |
| 283 - US Bancorp - common stock | | | | | Sold (part) | 12/12 | J | | |
| 284 - Valero Energy Corp - common stock | | | | | Sold | 3/25 | J | | |
| 285 - Weatherford Int'l Ltd - common stock | | | | | | | | | |
| 286. - Wells Fargo & Co - common stock | | | | | Sold (part) | 1/24 | J | | |
| 287 - | | | | | Buy (add'l) | 6/26 | J | | |
| 288 - | | | | | Sold (part) | 10/21 | J | A | |
| 289 - Arcelormittal - common stock | | | | | Buy | 3/06 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1 001 - $2 500 | C =$2 501 - $5,000 | D =$5 001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5 000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15 000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290 - | | | | | Sold | 5/15 | J | A | |
| 291 - Broadcom Corp - common stock | | | | | Buy | 7/16 | J | | |
| 292 - Bunge Limited - common stock | | | | | Buy | 4/07 | J | | |
| 293 - | | | | | Sold | 9/12 | J | | |
| 294 - Canadian National Railway Co. - common stock | | | | | Buy | 7/21 | J | | |
| 295 - | | | | | Sold | 8/25 | J | | |
| 296 - Consol Energy Inc - common stock | | | | | Buy | 1/14 | J | | |
| 297. - | | | | | Sold | 3/11 | J | A | |
| 298 - Cummins Inc - common stock | | | | | Buy | 5/06 | J | | |
| 299 - | | | | | Sold | 7/16 | J | | |
| 300. - EOG Resources Inc - common stock | | | | | Buy | 3/18 | J | | |
| 301. - Halliburton Co. Holdings - common stock | | | | | Buy | 4/08 | J | | |
| 302 - | | | | | Sold | 10/31 | J | | |
| 303 - Lehman Brothers Holdings Inc. - common stock | | | | | Buy | 8/11 | J | | |
| 304 - | | | | | Sold | 9/09 | J | | |
| 305. - MEMC Electronic Materials Inc - common stock | | | | | Buy | 5/12 | J | | |
| 306 - Merck & Co. Inc - common stock | | | | | Buy | 7/18 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children, see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 307 - | | | | | Sold | 7/22 | J | | |
| 308 - Potash Corp of Sask Inc - common stock | | | | | Buy | 3/12 | J | | |
| 309 - | | | | | Sold | 8/08 | J | | |
| 310 - Societe Generale ADR - common stock | | | | | Buy | 1/25 | J | | |
| 311 - | | | | | Sold (part) | 5/20 | J | | |
| 312 - State Street Corp. - common stock | | | | | Buy | 3/14 | J | | |
| 313 - | | | | | Sold | 10/21 | J | | |
| 314 - Tenaris S A - common stock | | | | | Buy | 6/06 | J | | |
| 315. | | | | | Sold | 10/21 | J | | |
| 316 - Union Pacific Corp - common stock | | | | | Buy | 4/16 | J | | |
| 317 - | | | | | Sold | 10/21 | J | | |
| 318. - United Parcel Service - common stock | | | | | Buy | 2/29 | J | | |
| 319 - | | | | | Sold | 10/21 | J | | |
| 320. - Abercrombie & Fitch Co. - common stock | | | | | Buy | 12/01 | J | | |
| 321 - ACE Limited - common stock | | | | | Buy | 10/21 | J | | |
| 322 - Activision Blizzard Inc - common stock | | | | | Buy | 10/21 | J | | |
| 323 - Aegon NV ADR- common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324  - Affiliated Computer Services Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 325  - Akamai Technologies Inc - common stock | | | | | Buy | 12/1 | J | | |
| 326.  - Alcatel-Lucent ADS - common stock | | | | | Buy | 10/21 | J | | |
| 327  - Allegheny Technologies Inc. - common stock | | | | | Buy | 12/1 | J | | |
| 328  - Allergan Inc. - common stock | | | | | Buy | 9/2 | J | | |
| 329  - Alumina Ltd. - common stock | | | | | Buy | 10/21 | J | | |
| 330.  - Ameren Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 331  - Anadarko Petroleum Corp  - common stock | | | | | Buy | 10/21 | J | | |
| 332.  - Anglogold Ashanti Limited - common stock | | | | | Buy | 10/21 | J | | |
| 333  - | | | | | Sold (part) | 11/26 | J | A | |
| 334  - Annaly Capital Mgmt. Inc. - common stock | | | | | Buy | 6/27 | J | | |
| 335.  - Applied Materials Co. - common stock | | | | | Buy | 3/14 | J | - | |
| 336  - | | | | | Sold | 10/21 | J | | |
| 337.  - Autodesk Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 338  - Ares Capital Corp  - common stock | | | | | Buy | 7/02 | J | | |
| 339  - | | | | | Sold | 10/21 | J | | |
| 340  - Avon Products Inc  - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5 000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

| | NONE *(No reportable income, assets, or transactions.)* |
|---|---|

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 341   - | | | | | Sold<br>(part) | 11/13 | J | | |
| 342   - BAE Systems ADR - common stock | | | | | Buy | 3/25 | J | | |
| 343   - | | | | | Buy<br>(add'l) | 4/02 | J | | |
| 344   - | | | | | Sold | 10/21 | J | | |
| 345   - Bank of America Corp  - common stock | | | | | Buy | 10/21 | J | | |
| 346   - | | | | | Sold<br>(part) | 11/4 | J | | |
| 347   - Bed Bath & Beyond Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 348   - Becton Dickenson & Co  - common stock | | | | | Buy | 8/19 | J | | |
| 349.  - | | | | | Sold | 11/24 | J | | |
| 350   - Best Buy Co  Inc  - common stock | | | | | Buy | 9/11 | J | | |
| 351   - | | | | | Sold<br>(part) | 10/21 | J | | |
| 352   - BG Group PLC - common stock | | | | | Buy | 7/16 | J | | |
| 353.  - | | | | | Sold | 10/21 | J | | |
| 354   - Big Lots Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 355   - Biogen Idec Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 356   - BJ's Wholesale Club - common stock | | | | | Buy | 10/21 | J | | |
| 357   - Blackrock Inc - common stock | | | | | Buy | 10/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000 000 | |
| | P3 =$25,000,001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 358 - Blackbaud Inc - common stock | | | | | Buy | 6/26 | J | | |
| 359 - | | | | | Sold | 10/21 | J | | |
| 360 - Boston Scientific Corp - common stock | | | | | Buy | 2/29 | J | | |
| 361 - | | | | | Sold (part) | 10/21 | J | | |
| 362 - Brandywine Realty TR SBI - common stock | | | | | Buy | 10/21 | J | | |
| 363 - Broadridge Financial Solutions, Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 364 - Cablevision Systems Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 365 - Cameco Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 366 - Capital One Financial - common stock | | | | | Buy | 4/09 | J | | |
| 367 - | | | | | Sold (part) | 10/21 | J | | |
| 368. - Cardinal Health Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 369. - Carnival Corp. - common stock | | | | | Buy | 11/26 | J | | |
| 370 - Celgene Corp. - common stock | | | | | Buy | 12/02 | J | | |
| 371 - Centrais Elec Bras ADR - preferred stock | | | | | Buy | 11/04 | J | | |
| 372 - Chubb Corp - common stock | | | | | Buy | 10/21 | J | | |
| 373 - Cintas Corp - common stock | | | | | Buy | 10/21 | J | | |
| 374 - Clarcor Inc. - common stock | | | | | Buy | 7/02 | J | | |

1 Income Gain Codes     A =$1,000 or less     B =$1 001 - $2,500     C =$2 501 - $5,000     D =$5,001 - $15,000     E =$15 001 - $50,000
 (See Columns B1 and D4)     F =$50 001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2 Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
 (See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000 001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3 Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
 (See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g.,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 375 - | | | | | Sold | 10/21 | J | | |
| 376 - Clorox Corp - common stock | | | | | Buy | 7/24 | J | | |
| 377 - | | | | | Sold | 10/21 | J | A | |
| 378 - CME Group Inc - common stock | | | | | Buy | 10/21 | J | | |
| 379 - | | | | | Sold | 12/2 | J | | |
| 380 - Colonial Properites TR - common stock | | | | | Buy | 11/21 | J | | |
| 381. - Compass Minerals Int'l. Inc - common stock | | | | | Buy | 10/21 | J | | |
| 382 - Consolidated Edison Inc - common stock | | | | | Buy | 10/21 | J | | |
| 383 - Corrections Corp of America - common stock | | | | | Buy | 11/07 | J | | |
| 384 - Covance Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 385 - | | | | | Sold | 10/24 | J | | |
| 386. - Covidien Ltd - common stock | | | | | Buy | 4/08 | J | | |
| 387 - Cree Research Inc - common stock | | | | | Buy | 10/21 | J | | |
| 388. - Dai Nipppn Ptrg Ltd Japan - common stock | | | | | Buy | 10/28 | J | | |
| 389 - Daiwa House Industries Ltd ADR - common stock | | | | | Buy | 10/28 | J | | |
| 390 - Dell Inc - common stock | | | | | Buy | 10/21 | J | | |
| 391 - Dolby Labs Inc - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 392 - Dreamworks Animation SKG Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 393. - The DIRECTV Group Inc - common stock | | | | | Buy | 1/24 | J | | |
| 394 - | | | | | Sold | 10/21 | J | | |
| 395 - Ebay Inc - common stock | | | | | Buy | 10/21 | J | | |
| 396 - Electronic Arts Inc - common stock | | | | | Buy | 10/21 | J | | |
| 397 - Endurance Specialty Hldgs Ltd - common stock | | | | | Buy | 10/21 | J | | |
| 398 - Entergy Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 399 - Expedia Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 400 - Fidelity National Fin'l. Inc. - common stock | | | | | Buy | 12/17 | J | | |
| 401 - Fifth Third Bancorp - common stock | | | | | Buy | 7/17 | J | | |
| 402 - Flour Corp - common stock | | | | | Buy | 11/19 | J | | |
| 403 - Forest Laboratories Inc - common stock | | | | | Buy | 10/21 | J | | |
| 404 - FPL Group Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 405 - FMC Technologies Inc - common stock | | | | | Buy | 10/21 | J | | |
| 406. - | | | | | Sold | 10/27 | J | | |
| 407 - Franklin Resources Inc - common stock | | | | | Buy | 9/18 | J | | |
| 408. - FTI Consulting Inc. - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409 - Fujifilm Hldgs Corp. ADR - common stock | | | | | Buy | 10/21 | J | | |
| 410 - General Mills Inc - common stock | | | | | Buy | 10/21 | J | | |
| 411 - Genume Parts Co - common stock | | | | | Buy | 10/21 | J | | |
| 412. - Genzyme Corp - common stock | | | | | Buy | 10/21 | J | | |
| 413 - Gold Fields Ltd ADS - common stock | | | | | Buy | 10/21 | J | | |
| 414 - Goldcorp Inc - common stock | | | | | Buy | 11/26 | J | | |
| 415 - Goldman Sachs Group Inc - common stock | | | | | Buy | 11/26 | J | | |
| 416 - Goodyear Tire & Rubber - common stock | | | | | Buy | 10/21 | J | | |
| 417. - Great Plains Energy Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 418. - H & R Block - common stock | | | | | Buy | 10/21 | J | | |
| 419 - Hachijuni Bank Ltd. ADR - common stock | | | | | Buy | 10/28 | J | | |
| 420 - Hasbro Inc - common stock | | | | | Buy | 10/21 | J | | |
| 421. - HCP Incorporated - common stock | | | | | Buy | 10/21 | J | | |
| 422. - Health Care REIT Inc - common stock | | | | | Buy | 10/21 | J | | |
| 423 - Henry Schein Inc - common stock | | | | | Buy | 10/21 | J | | |
| 424 - Harley Davidson Inc - common stock | | | | | Buy | 9/17 | J | | |
| 425. - | | | | | Sold | 12/26 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100 000 | G =$100.001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000.000 | |
| 2 Value Codes | J =$15,000 or less | K =$15.001 - $50,000 | L =$50.001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500.000 | O =$500.001 - $1 000 000 | P1 =$1.000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000 001 - $50,000.000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g .<br>div., rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 426   - Heico Corp. - common stock | | | | | Buy | 9/22 | J | | |
| 427  - | | | | | Sold | 10/21 | J | | |
| 428   - Hertz Global Holdings Inc  - common stock | | | | | Buy | 8/07 | J | | |
| 429   - Hess Corporation - common stock | | | | | Buy | 5/14 | J | | |
| 430  - | | | | | Buy<br>(add'l) | 5/19 | J | | |
| 431  - | | | | | Sold<br>(part) | 10/21 | J | | |
| 432   - Hewitt Associates Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 433   - Home Depot Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 434.   - Hutchinson Telecom Int'l  Ltd. - common stock | | | | | Buy | 10/21 | J | | |
| 435   - IHS Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 436   - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | Buy | 10/29 | J | | |
| 437   - Integrys Energy Group Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 438   -IntercontinentalExchange, Inc  - common stock | | | | | Buy | 10/21 | J | | |
| 439   - Int'l  Business Machines Corp  - common stock | | | | | Buy | 5/07 | J | | |
| 440   - Int'l  Flavors & Fragrances - common stock | | | | | Buy | 10/21 | J | | |
| 441   - iShares Comex Gold Tr- common stock | | | | | Buy | 10/21 | J | | |
| 442   - Itron Inc - common stock | | | | | Buy | 10/21 | J | | |

1 Income Gain Codes        A =$1 000 or less        B =$1,001 - $2,500        C =$2 501 - $5,000        D =$5,001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less       K =$15 001 - $50,000     L =$50,001 - $100,000    M =$100,001 - $250,000
  (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000 001 - $5,000,000   P2 =$5,000,001 - $25,000 000
                          P3 =$25,000,001 - $50,000,000                    P4 =More than $50,000,000
3 Value Method Codes       Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment        T =Cash Market
  (See Column C2)           U =Book Value           V =Other                 W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B (1) Amount Code 1 (A-H) | B (2) Type (e g, div, rent, or int) | C (1) Value Code 2 (J-P) | C (2) Value Method Code 3 (Q-W) | D (1) Type (e g, buy, sell, redemption) | D (2) Date Month - Day | D (3) Value Code 2 (J-P) | D (4) Gain Code 1 (A-H) | D (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443 - Ivanhoe Mines Ltd. - common stock | | | | | Buy | 10/21 | J | | |
| 444 - J. Crew Group Inc - common stock | | | | | Buy | 6/12 | J | | |
| 445. - Johnson & Johnson - common stock | | | | | Buy | 10/21 | J | | |
| 446 - Korea Electric Power Corp ADS - common stock | | | | | Buy | 10/29 | J | | |
| 447 - L-3 Communications Holdings Inc - common stock | | | | | Buy | 10/21 | J | | |
| 448 - Landstar Systems Inc - common stock | | | | | Buy | 9/15 | J | | |
| 449. - | | | | | Sold | 10/21 | J | | |
| 450. - Liberty Global Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 451. - Liberty Media Corp. Series A Liberty Ent - common stock | | | | | Buy | 10/21 | J | | |
| 452 - Liberty Media Hldg Capital Series A - common stock | | | | | Buy | 10/21 | J | | |
| 453. - Liberty Media Idg SR A Inter - common stock | | | | | Buy | 10/21 | J | | |
| 454 - Lihir Gold Ltd. ADR - common stock | | | | | Buy | 10/21 | J | | |
| 455 - Lonmin PLC ADR- common stock | | | | | Buy | 10/29 | J | | |
| 456 - Lowes Companies Inc - common stock | | | | | Buy | 9/16 | J | | |
| 457. - M&T Bank Corp - common stock | | | | | Buy | 12/23 | J | | |
| 458. - Magna Int'l. Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 459 - Masco Corp - common stock | | | | | Buy | 9/17 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100 001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460 - Mattel Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 461 - McDonalds Corp. - common stock | | | | | Buy | 8/08 | J | | |
| 462 - | | | | | Buy (add'l) | 10/21 | J | | |
| 463. - MGM Mirage - common stock | | | | | Buy | 11/18 | J | | |
| 464 - Millicom Int'l. Cellular SA - common stock | | | | | Buy | 10/21 | J | | |
| 465. - Mitsui Sumitomo ADR - common stock | | | | | Buy | 10/21 | J | | |
| 466. - Monster Worldwide Inc - common stock | | | | | Buy | 11/25 | J | | |
| 467 - Moody's Corp. - common stock | | | | | Buy | 5/20 | J | | |
| 468 - Morningstar Inc - common stock | | | | | Buy | 10/21 | J | | |
| 469 - Nasdaq OMX Group Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 470 - Natco Group Inc - common stock | | | | | Buy | 9/3 | J | | |
| 471. - | | | | | Sold | 10/21 | J | | |
| 472 - National Oilwell Varco Inc. - common stock | | | | | Buy | 8/12 | J | | |
| 473. - Newcrest Mining Ltd ADR - common stock | | | | | Buy | 10/29 | J | | |
| 474. - Newmont Mining Corp - common stock | | | | | Buy | 10/21 | J | | |
| 475 - Nexen Inc - common stock | | | | | Buy | 10/21 | J | | |
| 476 - Nippon Telegraph & Telephone ADR - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 477. - Nisource Inc - common stock | | | | | Buy | 10/21 | J | | |
| 478 - Noble Energy Inc - common stock | | | | | Buy | 10/21 | J | | |
| 479. - Northeast Utilities - common stock | | | | | Buy | 10/21 | J | | |
| 480 - NYSE Euronext - common stock | | | | | Buy | 10/21 | J | | |
| 481. - Old Republic Int'l Corp - common stock | | | | | Buy | 10/21 | J | | |
| 482 - Pall Corporation - common stock | | | | | Buy | 10/21 | J | | |
| 483 - Panasonic Corp - common stock | | | | | Buy | 10/21 | J | | |
| 484 - Penn National Gaming - common stock | | | | | Buy | 11/21 | J | | |
| 485 - Penney J. C Co. - common stock | | | | | Buy | 10/21 | J | | |
| 486 - Pentair Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 487. - Pepsico Inc - common stock | | | | | Buy | 10/21 | J | | |
| 488 - Petro Canada - common stock | | | | | Buy | 10/21 | J | | |
| 489. - Petroleo Brasileiro SA ADS - common stock | | | | | Buy | 10/21 | J | | |
| 490. - Peteroleo Brasileiro SA ADR - common stock | | | | | Buy | 11/10 | J | | |
| 491 - Pioneer Natural Resources Co - common stock | | | | | Buy | 8/12 | J | | |
| 492 - | | | | | Sold (part) | 10/21 | J | | |
| 493 - Pfizer Inc - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1 001 - $2,500 | C =$2 501 - $5 000 | D =$5 001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000 000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494 - Phillips Van Heusen - common stock | | | | | Buy | 10/21 | J | | |
| 495 - Polaris Industries Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 496 - Promise CO ADR- common stock | | | | | Buy | 10/29 | J | | |
| 497 - Proshares UltraShort Financials - ETF | | | | | Buy | 11/7 | J | | |
| 498 - Proshares UltraShort MSCI Emer - ETF | | | | | Buy | 10/21 | J | | |
| 499 - Proshares UltraShort Russell 2000 - ETF | | | | | Buy | 10/21 | J | | |
| 500 - Proshares UltraShort S&P 500 - ETF | | | | | Buy | 10/21 | J | | |
| 501 - Proshares Ultrashort Basic Mat - ETF | | | | | Buy | 10/21 | J | | |
| 502 - Proshares Ultrashort Consumer - ETF | | | | | Buy | 10/21 | J | | |
| 503 - Proshares Ultrashort QQQ - ETF | | | | | Buy | 10/21 | J | | |
| 504 - Proshares Ultrashort Industrials - ETF | | | | | Buy | 10/21 | ~J | | |
| 505 - Proshares.Ultrashort Oil & Gas - ETF | | | | | Buy | 10/21 | J | | |
| 506 - Proshares Ultrashort Real Estate - ETF | | | | | Buy | 10/21 | J | | |
| 507 - Ralcorp Holdings - common stock | | | | | Buy | 10/21 | J | | |
| 508 - Range Resources Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 509 - Roper Industries Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 510 - Rowan Companies Inc - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000 000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511 - Royal Caribbean Cruises Ltd - common stock | | | | | Buy | 11/26 | J | | |
| 512 - RPM Int'l Inc - common stock | | | | | Buy | 6/20 | J | | |
| 513 - | | | | | Sold | 10/21 | J | | |
| 514 - Scientific Games Corp - common stock | | | | | Buy | 10/21 | J | | |
| 515 - Seagate Technology Holdings - common stock | | | | | Buy | 10/21 | J | | |
| 516 - Sears Holding Corp - common stock | | | | | Buy | 10/21 | J | | |
| 517. - Sega Sammy Holdmgs ADR - common stock | | | | | Buy | 10/28 | J | | |
| 518 - Sekisui House Ltd ADR - common stock | | | | | Buy | 10/28 | J | | |
| 519. - Sempra Energy - common stock | | | | | Buy | 10/21 | J | | |
| 520. - Seven & I Holdings Co Ltd. - common stock | | | | | Buy | 12/24 | J | | |
| 521 - Shiseido Ltd Spon ADR - common stock | | | | | Buy | 10/27 | J | | |
| 522 - Silver Standard Resrources Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 523. - SK Telecom Co Ltd. - common stock | | | | | Buy | 10/21 | J | | |
| 524. - Southwest Airlines - common stock | | | | | Buy | 10/21 | J | | |
| 525 - SPDR Gold TR Gold Shs - common stock | | | | | Buy | 10/21 | J | | |
| 526 - St Jude Medical Inc - common stock | | | | | Buy | 10/21 | J | | |
| 527. - Standard Parkmg Corp - common stock | | | | | Buy | 7/31 | J | | |

1 Income Gain Codes    A =$1 000 or less    B =$1 001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250 000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25 000 000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 528 - | | | | | Sold | 10/21 | J | | |
| 529 - Stora Enso SP ADR Series R - common stock | | | | | Buy | 11/4 | J | | |
| 530 - Strayer Education Inc - common stock | | | | | Buy | 10/30 | J | | |
| 531 - Suncor Energy Inc - common stock | | | | | Buy | 10/21 | J | | |
| 532 - Swisscom AG ADR - common stock | | | | | Buy | 10/29 | J | | |
| 533 - Target Corporation - common stock | | | | | Buy | 10/23 | J | | |
| 534 - TDK Corp. ADR - common stock | | | | | Buy | 10/21 | J | | |
| 535 - Technip-Coflexip - common stock | | | | | Buy | 10/29 | J | | |
| 536 - Teco Energy - common stock | | | | | Buy | 10/21 | J | | |
| 537 - Tele & Data Systems Inc - common stock | | | | | Buy | 10/21 | J | | |
| 538 - Telecom Italia SPA- common stock | | | | | Buy | 10/29 | J | | |
| 539 - Teleflex Inc - common stock | | | | | Buy | 4/15 | J | | |
| 540 - | | | | | Sold | 10/21 | J | A | |
| 541 - Telus Corp - common stock | | | | | Buy | 1/7 | J | | |
| 542 - | | | | | Sold | 10/21 | J | | |
| 543 - Tyco Electronics Ltd - common stock | | | | | Buy | 10/21 | J | | |
| 544 - Tyco International Ltd - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2 500<br>G =$100,001 - $1,000,000 | C =$2 501 - $5,000<br>H1 =$1,000 001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15 001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 545. - UDR Inc - common stock | | | | | Buy | 10/21 | J | | |
| 546 - Ultra Petroleum Corp - common stock | | | | | Buy | 10/21 | J | -- | |
| 547 - United Utilities Group - common stock | | | | | Buy | 12/4 | J | | |
| 548 - Unitedhealth Group Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 549 - Vetex Pharmaceuticals - common stock | | | | | Buy | 11/3 | J | | |
| 550 - Wabtec- common stock | | | | | Buy | 10/21 | J | | |
| 551 - Wacoal Hldgs Corp ADR - common stock | | | | | Buy | 10/28 | J | | |
| 552 - Western Union Co - common stock | | | | | Buy | 4/30 | J | | |
| 553 - Weyerhaeuser Co. - common stock | | | | | Buy | 10/21 | J | | |
| 554 - Xcel Energy Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 555 - XTO Energy Inc. - common stock | | | | | Buy | 5/22 | J | | |
| 556 -Wiley John & Son - common stock | | | | | Buy | 1/24 | J | | |
| 557 - | | | | | Sold | 10/21 | J | | |
| 558 - Zimmer Hldgs. Inc - common stock | | | | | Buy | 10/21 | J | | |
| 559 - Zions Bancorp. - common stock | | | | | Buy | 10/21 | J | | |
| 560 - | | | | | | | | | |
| 561 - GENERAL ELECTRIC - Corp Bond | | | | | Sold | 10/22 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g . div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562 - FED. HOME LOAN MTG - Gov. Bond | | | | | Sold | 9/15 | J | | |
| 563. - BANK OF AMERICA CORP. GLOBAL - Corp Bond | | | | | Sold | 10/22 | J | | |
| 564. - CITIGROUP INC GLOBAL NOTES - C orp. Bond | | | | | Sold | 10/22 | J | | |
| 565 - U S TREASURY NOTES-SER C 2011 - Gov Bond | | | | | Sold | 10/22 | J | A | |
| 566. - U S TREASURY NOTES-SER B 2012 - Gov Bond | | | | | Sold | 4/9 | J | A | |
| 567. - U.S. TREASURY NOTES-SER E 2014 - Gov Bond | | | | | Sold | 7/30 | J | A | |
| 568 - U.S. TREASURY NOTES-SER E 2010 - Gov. Bond | | | | | Sold (part) | 6/17 | J | A | |
| 569. - | | | | | Sold | 10/22 | J | A | |
| 570. - CISCO SYSTEMS INC - Corp Bond | | | | | Sold | 10/22 | J | | |
| 571 - COCA COLA ENTERPRISE - Corp Bond | | | | | Sold | 10/22 | J | | |
| 572. - INTERNATIONAL LEASE FINANCE CORP. - Corp Bond | | | | | Sold | 10/22 | J | | |
| 573 - TARGET CORP GLOBAL NOTES - Cor p Bond | | | | | Sold | 10/22 | J | | |
| 574. - WAL-MART STORES - SR NOTES - Co rp. Bond | | | | | Sold | 10/22 | J | A | |
| 575 - FED. HOME LOAN MTG CORP GLOB AL NOTES - Gov. Bond | | | | | Sold | 10/22 | J | A | |
| 576. - FED NAT'L MTG ASSN GLOBAL N OTES - Gov Bond | | | | | Sold | 10/22 | J | A | |
| 577. - U.S TREASURY NOTES-SER B 2016 - Gov. Bond | | | | | Sold (part) | 3/4 | J | A | |
| 578 - | | | | | Sold | 9/17 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 579 - U.S. TREASURY NOTES-SER E-2011 - Gov. Bond | | | | | Sold | 10/22 | J | A | |
| 580 - ABBOTT LABS - Corp Bond | | | | | Sold | 10/22 | J | | |
| 581 - CONOCO FUNDING CO - Corp Bond | | | | | Sold (part) | 10/22 | J | | |
| 582 - GOLDMAN SACHS GROUP INC US - Corp Bond | | | | | Sold | 10/22 | J | | |
| 583 - JP MORGAN CHASE & CO GLOBAL - Corp Bond | | | | | Sold | 10/22 | J | | |
| 584. - NATIONAL RURAL UTILS COOP FIN - Corp Bond | | | | | Sold | 11/3 | J | | |
| 585 - FED. HOME LOAN MTG CORP GLOBAL NOTES - Gov Bond | | | | | Sold | 10/22 | J | A | |
| 586 - FED. NAT'L MTG ASSN GLOBAL - Gov. Bond | | | | | Sold | 10/22 | J | A | |
| 587 - FED NAT'L MTG ASSN GLOBAL - Gov Bond | | | | | Sold | 10/22 | J | A | |
| 588 - U.S TREASURY NOTES-SER E-2012 Gov Bond | | | | | Sold (part) | 6/17 | J | A | |
| 589 - | | | | | Buy (add'l) | 10/23 | J | | |
| 590. - U.S.TREASURY NOTES-SER Y-2009 Gov Bond | | | | | Sold | 6/17 | J | A | |
| 591. - AOL TIME WARNER INC - new - Corp Bond | | | | | Buy | 10/23 | J | | |
| 592 - BANK OF AMERICA - new - Corp Bond | | | | | Buy | 12/5 | J | | |
| 593 - BP CAPITAL MARKETS PLC - new - Corp Bond | | | | | Buy | 11/19 | J | | |
| 594 - COMCAST CORP - new - Corp. Bond | | | | | Buy | 10/23 | J | | |
| 595. - CREDIT SUISSE FB USA INC - new - Corp Bond | | | | | Buy | 10/23 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1.001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100 000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250 001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - FEDERAL HOME LOAN MTG. CORP - new - Gov Bond | | | | | Buy | 10/23 | J | | |
| 597 - FEDERAL HOME LOAN MTG CORP - new - Gov Bond | | | | | Buy | 10/23 | K | | |
| 598. - FEDERAL NAT'L. MTG ASSN. - new - Gov. Bond | | | | | Buy | 10/23 | J | | |
| 599. - FEDERAL NAT'L MTG ASSN. - new - Gov. Bond | | | | | Buy | 10/23 | J | | |
| 600 - FEDERAL NAT'L MTG ASSN - new - Gov. Bond | | | | | Buy | 10/23 | J | | |
| 601. - GENERAL ELECTRIC - new - Corp. Bond | | | | | Buy | 10/23 | J | | |
| 602. -GLAXOSMITHKLINE CAPITAL | | | | | Buy | 10/23 | J | | |
| 603. - GOLDMAN SACHS GROUP INC - new - Corp. Bond | | | | | Buy | 10/23 | J | | |
| 604. - IBM CORP - new - Corp Bond | | | | | Buy | 10/23 | J | | |
| 605 - J.P. MORGAN CHASE & CO. - new - Corp. Bond | | | | | Buy | 12/11 | J | | |
| 606 - MERRILL LYNCH CO INC - new - Corp. Bond | | | | | Buy | 10/23 | J | | |
| 607 - MORGAN STANLEY - new - Corp Bond | | | | | Buy | 10/23 | J | | |
| 608. - ORACLE CORP. - new - Corp. Bond | | | | | Buy | 6/17 | J | | |
| 609 - | | | | | Sold | 10/22 | J | | |
| 610 - PEPSICO INC - new - Corp Bond | | | | | Buy | 10/23 | J | | |
| 611 - SYSCO CORP. - new - Corp Bond | | | | | Buy | 6/17 | J | | |
| 612. - | | | | | Sold | 10/22 | J | | |

1. Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 613. - UNITED MEXICAN STATES - new - Gov. Bond | | | | | Buy | 10/23 | J | | |
| 614 - UNITED PARCEL SERVICE - new - Corp Bond | | | | | Buy | 4/9 | J | | |
| 615. - | | | | | Sold | 10/22 | J | | |
| 616. - U.S TREASURY NOTES SER C-2017 - new - Gov Bond | | | | | Buy | 7/30 | J | | |
| 617. - | | | | | Sold (part) | 9/17 | J | A | |
| 618 - | | | | | Sold | 10/22 | J | A | |
| 619 - U S TREASURY NOTE - new - Gov Bond | | | | | Buy | 10/23 | J | | |
| 620. - | | | | | Sold (part) | 12/5 | J | A | |
| 621 - U.S. TREASUREY NOTE - new - Gov. Bond | | | | | Buy | 10/23 | J | | ‑ |
| 622 - U S TREASUREY NOTE - new - Gov Bond | | | | | Buy | 10/23 | K | | |
| 623 - VERIZON GLOBAL FUNDING CORP - new - Corp. Bond | | | | | Buy | 10/23 | J | | |
| 624 - WACHOVIA CORP - new - Corp Bond | | | | | Buy | 11/17 | J | | |
| 625 - WAL-MART STORES - new - Corp Bond | | | | | Buy | 10/23 | J | | |
| 626 - WALT DISNEY CO - new - Corp. Bond | | | | | Buy | 10/23 | J | | |
| 627. - WELLS FARGO & CO. - new - Corp Bond | | | | | Buy | 10/23 | J | | |
| 628 - WYETH | | | | | Buy | 10/23 | J | | |
| 629 - XTO ENERGY INC - new - Corp Bond | | | | | Buy | 11/4 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100 001 - $1,000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000 000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25 000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g.<br>div, rent,<br>or int) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>Month -<br>Day | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 630. Wells Fargo Bank - Account | A | Interest | J | T | | | | | |
| 631. Kadison, Pfaelzer, Woodard, Quinn & Rossi Inv Ptnrship. | A | Interest | K | T | | | | | |
| 632. BROKERAGE ACCOUNT #2 - TRUST | F | Int./Div | P1 | T | | | | | |
| 633. - Cash equivalent - Morgan Stanley | | | | | | | | | See note m Part VIII |
| 634. - Ameren Corp. - common stock | | | | | Sold (part) | 10/21 | J | | |
| 635. - American International Group - common stock | | | | | Sold | 9/16 | J | | |
| 636 - Sanofi-Aventis ADR - common stock | | | | | | | | | |
| 637. - AXA S.A. ADR - common stock | | | | | Sold | 1/29 | J | | |
| 638 - BP PLC ADR - common stock | | | | | | | | | |
| 639. - Cadbury Schweppes PLC ADR - common stock | | | | | | | | | See note in Part VIII |
| 640. - Cadbury PLC ADR- common stock | | | | | Sold | 5/8 | J | | See note m Part VIII |
| 641. - Dr Pepper Snapple Group Inc. - common stock | | | | | Spinoff (from line 639) | 5/7 | J | | See note in Part VIII |
| 642. - | | | | | Sold | 5/8 | J | | |
| 643. - Canon Inc. ADR - common stock | | | | | Sold | 10/21 | J | | |
| 644. - Citigroup Inc. - common stock | | | | | Sold | 5/12 | J | | |
| 645 - Diageo PLC ADR - common stock | | | | | Sold | 10/21 | J | | |
| 646. - Eaton Corp - common stock | | | | | Buy (add'l) | 6/30 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 647. - Emerson Electric Corp - common stock | | | | | Sold (part) | 7/18 | J | A | |
| 648 - | | | | | Sold | 10/21 | J | | |
| 649. - ENI S.P A ADR - common stock | | | | | Sold | 10/21 | J | | |
| 650 - Exxon Mobil Corp - common stock | | | | | Sold (part) | 4/1 | J | | |
| 651 - | | | | | Sold (part) | 4/30 | J | A | |
| 652 - | | | | | Sold (part) | 5/22 | J | A | |
| 653 - | | | | | Sold (part) | 8/5 | J | | |
| 654. - General Electric Inc - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 655. - Genuine Parts Co. - common stock | | | | | Sold (part) | 10/21 | J | | |
| 656 - Glaxosmithkline PLC ADR - common stock | | | | | Sold | 10/21 | J | | |
| 657. - HSBC Holdings PLC ADR - common stock | | | | | Sold | 10/21 | J | | |
| 658 - Heineken NV ADR - common stock | | | | | Sold (part) | 4/2 | J | | |
| 659 - | | | | | Sold | 10/21 | J | | |
| 660 - JP Morgan Chase & Co - common stock | | | | | Buy (add'l) | 1/30 | J | | |
| 661 - | | | | | Buy (add'l) | 3/3 | J | | |
| 662 - | | | | | Buy (add'l) | 6/11 | J | | |
| 663 - | | | | | Sold (part) | 7/18 | J | | |

| 1 | Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 664. - | | | | | Sold (part) | 10/21 | J | A | |
| 665 - Merck & Company - common stock | | | | | Sold (part) | 6/16 | J | | |
| 666. - | | | | | Sold | 7/22 | J | | |
| 667. - Nestle S.A. ADR - common stock | | | | | Sold (part) | 5/19 | J | A | |
| 668. - | | | | | Sold (part) | 7/10 | J | A | |
| 669. - | | | | | Sold | 10/21 | J | | |
| 670 - Nokia Corp. ADR - common stock | | | | | Sold | 10/21 | J | | |
| 671 - Novartis AG ADR - common stock | | | | | Sold | 10/21 | J | | |
| 672. - Pepsico Inc. - common stock | | | | | | | | | |
| 673 - Royal Dutch Shell PLC - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 674 - | | | | | Sold (part) | 10/21 | J | | |
| 675. - A T & T - common stock | | | | | Sold (part) | 5/9 | J | | |
| 676 - Intesa Sanpaolo S.p.A ADR - common stock | | | | | Sold (part) | 4/2 | J | | |
| 677. - | | | | | Sold (part) | 10/21 | J | | |
| 678 - Schering Plough Corp. - common stock | | | | | Sold | 1/18 | J | | |
| 679 - Schlumberger Ltd. - common stock | | | | | Buy (add'l) | 6/19 | J | | |
| 680 - | | | | | Buy (add'l) | 7/18 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g, div., rent, or int ) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 681 - | | | | | Sold (part) | 10/21 | J | | |
| 682 - Siemens AG ADR - common stock | | | | | | | | | |
| 683 - Total S A ADR - common stock | | | | | Sold | 10/21 | J | | |
| 684. - UBS AG-CHF - common stock | | | | | Sold (part) | 1/14 | J | | |
| 685. - | | | | | Buy (add'l) | 6/3 | J | | |
| 686. - | | | | | Sold (part) | 7/29 | J | | |
| 687 - | | | | | Buy (add'l) | 10/21 | J | | |
| 688 - Unilever PLC ADR - common stock | | | | | Sold (part) | 7/10 | J | | |
| 689. - | | | | | Sold | 10/21 | J | | |
| 690 - Verizon Communications - common stock | | | | | Sold (part) | 2/13 | J | | See note in Part VIII |
| 691. - | | | | | Sold | 10/21 | J | | |
| 692 - FairPoint Communications Inc. - common stock | | | | | Spinoff (from line 690) | 4/4 | J | | See note in Part VIII |
| 693 - | | | | | Sold | 4/11 | J | | |
| 694 - Wal-Mart Stores Inc - common stock | | | | | Buy (add'l) | 1/18 | J | | |
| 695 - | | | | | Sold (part) | 10/21 | J | A | |
| 696 - Waste Management Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 697 - Wyeth - common stock | | | | | Sold (part) | 9/2 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 698  - | | | | | Sold | 10/21 | J | | |
| 699.  - SAN JOSE CA REDEV AGY TAX ALLC - Muni  Bond | | | | | Sold | 6/11 | J | A | |
| 700.  - LOS GATOS CALIF JT UN HIGH SCH - Muni. Bond | | | | | | | | | |
| 701  - CALIF. ST  ECONOMY RECY - Muni  Bond | | | | | | | | | |
| 702  - LOS ANGELES CALIF CCD G/O REF - Muni  Bond | | | | | | | | | |
| 703.  - LOS ANGELES CNTY CALIF MTA - Muni. Bond | | | | | | | | | |
| 704  - LOS ANGELES CNTY CALIF SANTN - Muni  Bond | | | | | | | | | |
| 705.  - SAN DIEGO CALIF  CMNTY COLL - Muni  Bond | | | | | | | | | |
| 706  - SIMI VY CALIF SCH - Muni  Bond | | | | | | | | | |
| 707  -GROSSMONT-CUYAMACA CALIF  CMNTY - Muni  Bond | | | | | Buy | 7/1 | K | | |
| 708  - RIVERSIDE CNTY. PALM DESERT CA - Muni  Bond | | | | | Buy | 11/6 | K | | |
| 709.  - Bank of New York Mellon Corp  - common stock | | | | | Buy (add'l) | 7/18 | J | | |
| 710  - | | | | | Sold (part) | 10/21 | J | | |
| 711.  - Procter & Gamble - common stock | | | | | Sold (part) | 1/30 | J | A | |
| 712  - | | | | | Sold (part) | 2/6 | J | | |
| 713  - | | | | | Sold (part) | 5/20 | J | A | |
| 714  - | | | | | Sold (part) | 6/12 | J | A | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1.000 or less F =$50.001 - $100.000 | B =$1 001 - $2 500 G =$100.001 - $1 000 000 | C =$2 501 - $5 000 H1 =$1.000.001 - $5 000.000 | D =$5.001 - $15.000 H2 =More than $5,000.000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15.000 or less N =$250,001 - $500.000 P3 =$25,000.001 - $50.000,000 | K =$15 001 - $50 000 O =$500,001 - $1 000.000 | L =$50.001 - $100.000 P1 =$1.000.001 - $5.000.000 P4 =More than $50,000,000 | M =$100.001 - $250.000 P2 =$5.000,001 - $25.000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e g, div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g, buy, sell, redemption) | D. (2) Date Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 715 - | | | | | Buy (add'l) | 10/21 | J | | |
| 716 - Host Hotels & Resorts Inc - common stock | | | | | Sold | 10/21 | J | | |
| 717 - Monsanto Company - common stock | | | | | Sold (part) | 2/25 | J | A | |
| 718. - | | | | | Sold (part) | 3/11 | J | A | |
| 719 - | | | | | Sold (part) | 7/31 | J | A | |
| 720. - | | | | | Sold (part) | 9/16 | J | A | |
| 721 - | | | | | Buy (add'l) | 10/21 | J | | |
| 722. - Praxair Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 723. - Tesco PLC ADR - common stock | | | | | Sold | 10/21 | J | | |
| 724 - Credit Suisse Group ADR - common stock | | | | | Sold | 2/12 | J | | |
| 725 - Genentech Inc - common stock | | | | | Sold | 9/10 | J | A | |
| 726 - Kraft Foods - common stock | | | | | | | | | |
| 727 - Nisource Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 728 - Progress Energy Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 729. - Teva Pharmaceutical Inds Ltd ADR - common stock | | | | | | | | | |
| 730 - Vodafone Group PLC ADR - common stock | | | | | Sold (part) | 4/11 | J | | |
| 731 - | | | | | Buy (add'l) | 6/5 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732 - | | | | | Sold (part) | 10/21 | J | | |
| 733 - | | | | | Buy (add'l) | 10/27 | J | | |
| 734. - Alexandria Real Estate Equities - common stock | | | | | Sold | 6/10 | J | | |
| 735 - Avalonbay Comntys Inc - common stock | | | | | Sold | 10/21 | J | | |
| 736. - Boston Properties Inc - common stock | | | | | Sold | 10/21 | J | | |
| 737 - Brandywine Realty Trust - common stock | | | | | Sold (part) | 10/21 | J | | |
| 738. - BRE Pptys Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 739 - Multi-Strategy Series G - Hedge Fund | | | | | Sold | 12/31 | M | | |
| 740 - Citigroup Diversified Futures - Managed Futures Fund | | | | | Sold | 10/31 | L | E | |
| 741 - CVS Caremark Corporation - common stock | | | | | | | | | |
| 742 - Developers Diversified Realty CP Corp. - common stock | | | | | Sold | 9/19 | J | | |
| 743 - Equity Residential - common stock | | | | | Sold | 10/21 | J | | |
| 744 - Essex Property Trust Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 745 - Federal Realty Invt TR SBI - common stock | | | | | Sold | 10/21 | J | | |
| 746 - General Growth Properties - common stock | | | | | Sold | 10/21 | J | | |
| 747. - Kroger Co - common stock | | | | | Sold (part) | 10/21 | J | A | |
| 748 - Macerich Company - common stock | | | | | Sold | 7/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 766. - Campbell Soup Company - common stock | | | | | Sold (part) | 1/17 | J | | |
| 767 - Camden Property Trust SBI - common stock | | | | | Sold | 10/21 | J | | |
| 768. - CBL & Assoc. PPTYS Inc - common stock | | | | | Sold | 8/5 | J | | |
| 769. - Colonial PPTYS Trust SBI - common stock | | | | | | | | | |
| 770. - Douglas Emmett Inc - common stock | | | | | Sold | 10/21 | J | | |
| 771 - El Paso Corporation - common stock | | | | | | | | | |
| 772 - Health Care REIT - common stock | | | | | Sold (part) | 10/21 | J | A | |
| 773 - Hewlett Packard Co. - common stock | | | | | Sold (part) | 1/14 | J | | |
| 774 - | | | | | Sold (part) | 5/8 | J | | |
| 775. - | | | | | Buy (add'l) | 10/21 | J | | |
| 776. - Hoya Corp. ADR - common stock | | | | | Sold | 10/21 | J | | |
| 777 - Imperial Tobacco Group, PLC ADR - common stock | | | | | Buy (add'l) | 4/17 | J | | |
| 778 - | | | | | Buy (add'l) | 7/31 | J | | |
| 779 - | | | | | Sold | 10/21 | J | | |
| 780 - Nuveen High Yield Municipal Bond Fund | | | | | | | | | |
| 781 - TNT N V ADR - common stock | | | | | Sold | 7/1 | J | | |
| 782. - Zurich Financial Services ADR - common stock | | | | | Sold (part) | 4/24 | J | A | |

1 Income Gain Codes    A =$1,000 or less    B =$1,001 - $2,500    C =$2 501 - $5,000    D =$5,001 - $15 000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100 000    G =$100,001 - $1,000 000    H1 =$1 000,001 - $5,000,000    H2 =More than $5,000 000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000 000    P4 =More than $50,000 000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent. or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783. - | | | | | Sold | 10/21 | J | | |
| 784 - Advanced Mircro Devices Inc - common stock | | | | | Sold | 10/21 | J | | |
| 785 - American Express - common stock | | | | | Sold (part) | 7/7 | J | | |
| 786 - | | | | | Sold | 7/24 | J | | |
| 787 - AMR Corporation - common stock | | | | | Sold (part) | 9/22 | J | | |
| 788 - | | | | | Sold | 10/21 | J | | |
| 789 - Apple Inc - common stock | | | | | Sold | 10/21 | J | | |
| 790. - Bristol Meyers Squibb Co. - common stock | | | | | Sold | 3/18 | J | | |
| 791 - CME Group - common stock | | | | | Buy (add'l) | 1/18 | J | | |
| 792 - | | | | | Sold | 12/2 | J | | |
| 793 - Coca Cola Company - common stock | | | | | Buy (add'l) | 1/29 | J | | |
| 794 - | | | | | Sold (part) | 3/17 | J | A | |
| 795 - | | | | | Sold (part) | 8/19 | J | | |
| 796 - | | | | | Sold (part) | 9/3 | J | | |
| 797 - Coca Cola Enterprises Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 798 - CRH PLC ADR - common stock | | | | | Sold | 9/17 | J | | |
| 799 - Devon Energy Corporation - common stock | | | | | Sold | 10/31 | J | | |

1 Income Gain Codes       A =$1,000 or less         B =$1,001 - $2,500        C =$2 501 - $5,000        D =$5 001 - $15,000        E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50 001 - $100,000     G =$100,001 - $1 000 000  H1 =$1,000 001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes             J =$15,000 or less        K =$15,001 - $50000       L =$50,001 - $100,000     M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000    O =$500 001 - $1,000,000  P1 =$1,000 001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50 000,000                       P4 =More than $50,000,000
3 Value Method Codes      Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment            T =Cash Market
  (See Column C2)         U =Book Value             V =Other                  W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy. sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 800. - Digital Realty Trust Inc - common stock | | | | | Sold | 10/21 | J | | |
| 801 - Ericsson L M Tel Co ADR - common stock | | | | | Sold (part) | 10/21 | J | | |
| 802. - Federal Nat'l Mortgage Assn - common stock | | | | | Buy (add'l) | 3/18 | J | | |
| 803 - | | | | | Buy (add'l) | 5/7 | J | | |
| 804. - | | | | | Buy (add'l) | 5/9 | J | | |
| 805 - | | | | | Sold | 9/8 | J | | |
| 806 - Gilead Sciences Inc. - common stock | | | | | Sold | 10/21 | J | | |
| 807. - Goldman Sachs Group Inc. - common stock | | | | | Sold (part) | 9/18 | J | | |
| 808 - | | | | | Buy (add'l) | 10/21 | J | | |
| 809 - Google Inc - common stock | | | | | Sold (part) | 2/6 | J | | |
| 810 - HCP Inc - com. stock | | | | | Sold (part) | 10/21 | J | | |
| 811 - JDS Uniphase Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 812 - Johnson Controls Inc - common stock | | | | | Sold | 10/21 | J | | |
| 813 - Juniper Networks Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 814 - Kimco Realty Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 815. - KLA-Tencor Corporation - common stock | | | | | Sold | 1/8 | J | | |
| 816 - Kohl's Corporation - common stock | | | | | Buy (add'l) | 5/7 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 817  - | | | | | Sold<br>(part) | 7/18 | J | | |
| 818  - LAM Research Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 819  - Lloyds TSB Group PLC ADR - common stock | | | | | Sold | 5/9 | J | | |
| 820.  - Mid-America Apt Cmntys - common stock | | | | | Sold | 10/21 | J | | |
| 821.  - Network Appliance Inc - common stock | | | | | Sold | 10/21 | J | | |
| 822  - News Corporation - common stock | | | | | Sold | 4/30 | J | | |
| 823.  - Nissan Motor Ltd. ADR - common stock | | | | | Sold | 2/12 | J | | |
| 824  - Northern Trust Corporation - common stock | | | | | Sold | 3/19 | J | A | |
| 825  - NYSE Euronext - common stock | | | | | Sold<br>(part) | 1/31 | J | A | |
| 826  - | | | | | Buy<br>(add'l) | 10/21 | J | | |
| 827  - PG & E Corporation - common stock | | | | | Sold<br>(part) | 1/31 | J | | |
| 828.  - | | | | | Sold<br>(part) | 11/25 | J | | |
| 829  - | | | | | Sold | 12/8 | J | | |
| 830  - PPL Corporation - common stock | | | | | Sold | 4/16 | J | | |
| 831  - Qualcomm Inc - common stock | | | | | Sold<br>(part) | 7/31 | J | A | |
| 832  - | | | | | Sold<br>(part) | 10/21 | J | | |
| 833  - Schwab Charles Corporation - common stock | | | | | Sold<br>(part) | 10/21 | J | | |

| 1. Income Gain Codes<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 834 - Singapore Telecomm ADR - common stock | | | | | Sold | 10/21 | J | | |
| 835. - Southern Company - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 836. - Suez SA ADR - common stock | | | | | Sold (part) | 7/25 | J | | See note in Part VIII |
| 837 - GDF Suez- common stock | | | | | Merged (with line 836) | 8/1 | | | See note in Part VIII |
| 838. - | | | | | Sold | 10/1 | J | | |
| 839 - Sumitomo Mitsui Fin Group ADR - common stock | | | | | Sold | 10/22 | J | | |
| 840 - Sun Microsystems Inc - common stock | | | | | Sold (part) | 4/18 | J | | |
| 841. - | | | | | Sold | 10/21 | J | | |
| 842. - TD Ameritrade Hldg Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 843. - Time Warner Inc - common stock | | | | | Sold (part) | 4/2 | J | | |
| 844. - | | | | | Buy (add'l) | 10/21 | J | | |
| 845. - | | | | | Sold (part) | 10/22 | J | | |
| 846 - Toyota Motor Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 847. - Wynn Resorts Ltd. - common stock | | | | | Sold | 10/21 | J | | |
| 848. - Yum Brands Inc - common stock | | | | | Sold | 1/31 | J | A | |
| 849. - ABB Ltd. ADR - common stock | | | | | Sold | 10/21 | J | | |
| 850 - Abbott Laboratories - common stock | | | | | Sold (part) | 3/11 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851. - | | | | | Sold (part) | 4/16 | J | | |
| 852 - | | | | | Sold (part) | 10/21 | J | A | |
| 853 - AES Corporation - common stock | | | | | | | | | See note in Part VIII |
| 854 - Affiliated Computer Services - common stock | | | | | Sold (part) | 10/21 | J | | |
| 855 - Air Products & Chemicals Inc - common stock | | | | | Sold | 10/21 | J | | |
| 856 - Allianz SE ADR - common sstock | | | | | Buy (add'l) | 3/28 | J | | |
| 857 - | | | | | Sold | 10/21 | J | | |
| 858 - Altera Corporation - common stock | | | | | Sold | 1/10 | J | | |
| 859 - Amazon com Inc. - common stock | | | | | Buy (add'l) | 1/31 | J | | |
| 860 - Amgen Inc - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 861 - Anadarko Petroleum Corporation - common stock | | | | | Buy (add'l) | 10/21 | J | | |
| 862 - Annaly Capital Management Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 863 - AON Corporation - common stock | | | | | Sold (part) | 5/12 | J | | |
| 864 - | | | | | Sold (part) | 10/21 | J | A | |
| 865 - Apache Corporation - common stock | | | | | Sold (part) | 3/3 | J | A | |
| 866 - | | | | | Sold | 6/19 | J | A | |
| 867 - Apollo Group Inc - common stock | | | | | | | | | See note in Part VIII |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 868 - Arch Coal Inc. - common stock | | | . | | Sold | 1/28 | J | A | |
| 869 -Archer-Daniels-Midland Co - common stock | | | | | | | | | |
| 870. - Banco Santander S.A. - common stcok | | | | | Sold | 10/21 | J | | |
| 871 - Barnes & Noble Inc. - common stock | | | | | Sold | 5/28 | J | | |
| 872. - BB&T - common stock | | | | | Sold (part) | 10/21 | J | | |
| 873 - British American Tabacco - common stock | | | | | Sold | 10/21 | J | | |
| 874 - C R Bard Inc - common stock | | | | | Sold | 1/3 | J | A | |
| 875 - Cablevision Systems Corporation - common stock | | | | | | | | | |
| 876 - Caterpillar Inc - common stock | | | | | | | | | |
| 877. - Celegene Corporation - common stock | | | | | Sold (part) | 10/21 | J | | |
| 878 - Chevron Corporation - common stock | | ᴣ | | | | | | | |
| 879 - Cintas Corporation - common stock | | | | | Sold (part) | 10/21 | J | | |
| 880 - Cisco Systems Inc. - common stock | | | | | Sold (part) | 6/18 | J | | |
| 881 - | | | | | Buy (add'l) | 10/21 | J | | - |
| 882. - Colonial Bancgroup Inc. - common stock | | | | | Sold | 8/29 | J | | |
| 883. - Comnmg Inc - common stock | | | | | Buy (add'l) | 7/18 | J | | |
| 884. - | | | | | Sold | 10/21 | J | | |

| 1 Income Gain Codes | A =$1.000 or less | B =$1 001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000 001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br>(2)<br>Date<br>Month -<br>Day | <br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br>(4)<br>Gain<br>Code 1<br>(A-H) | <br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 885 - Covidien Ltd - common stock | | | | | Sold (part) | 10/21 | J | | |
| 886 - Daimlerchrysler AG - common stock | | | | | Sold (part) | 3/11 | J | | |
| 887 - | | | | | Sold | 7/24 | J | | |
| 888 - DBS Group Hldg Ltd. ADR - common stock | | | | | Sold | 10/21 | J | | |
| 889 - Delta Airlines Inc. - common stock | | | | | Buy (add'l) | 12/19 | J | | |
| 890 - Denbury Resources Inc. - common stock | | | | | Sold (part) | 10/21 | J | | |
| 891 - Dreamworks Animation Inc. - common stock | | | | | Sold (part) | 10/21 | J | | |
| 892. - Electronic Arts - common stock | | | | | | | | | |
| 893. - Endurance Specialty Hldgs - common stock | | | | | Sold (part) | 10/21 | J | | |
| 894 - E ON AG ADR - common stock | | | | | Sold | 10/21 | J | | |
| 895 - Estee Lauder - common stock | | | | | Sold | 10/21 | J | | |
| 896. - Exelon Corporation - common stock | | | | | Buy (add'l) | 1/31 | J | | |
| 897. - | | | | | Sold | 10/21 | J | | |
| 898. - Flowserve Corporation - common stock | | | | | Sold | 2/1 | J | A | |
| 899 - Freeport McMoran Copper & Gold - common stock | | | | | | | | | |
| 900. - General Motors Corporation - common stock | | | | | Sold | 1/24 | J | | |
| 901. - Genzyme Corporation - common stock | | | | | Buy (add'l) | 10/21 | J | | |

| 1 Income Gain Codes<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000 000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5 000<br>H1 =$1 000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000 000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15 000<br>H2 =More than $5,000 000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15 001 - $50,000 |
|---|---|---|---|---|---|

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 902 - Great Plains Energy Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 903 - Groupe Danone ADR - common stock | | | | | Buy (add'l) | 1/16 | J | | |
| 904 - | | | | | Sold | 10/21 | J | | |
| 905. - Hartford Fin Services Group Inc - common stock | | | | | Sold | 3/11 | J | | |
| 906 - Hasbro Inc - common stock | | | | | Sold (part) | 10/21 | J | A | |
| 907 - Hertz Global Holdings Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 908. - Hologic Inc - common stock | | | | | Sold | 5/8 | J | | |
| 909. - Hutchison Telecom. Int'l Ltd ADR - common stock | | | | | Sold (part) | 10/21 | J | | |
| 910. - IAC Interactive Corporation - common stock | | | | | | | | | See note m Part VIII |
| 911. - HSN Inc- common stock | | | | | Spmoff (from line 910) | 8/21 | | | See note m Part VIII |
| 912 - | | | | | Sold | 12/11 | J | | |
| 913 - Ticketmaster Entertainment, Inc - common stock | | | | | Spmoff (from line 910) | 8/21 | J | | See note in Part VIII |
| 914 - Tree.com Inc- common stock | | | | | Spmoff (from line 910) | 8/21 | J | | See note m Part VIII |
| 915 - | | | | | Sold | 10/21 | J | | |
| 916 - Interval Leisure Group Inc - common stock | | | | | Spmoff (from line 910) | 8/21 | J | | See note in Part VIII |
| 917. - | | | | | Sold | 9/19 | J | | |
| 918 - Integrys Energy Group Inc - common stock | | | | | Sold (part) | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | <br><br>(2)<br>Type (e g.,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br>(2)<br>Date<br>Month -<br>Day | <br>(3)<br>Value<br>Code 2<br>(J-P) | <br>(4)<br>Gain<br>Code 1<br>(A-H) | <br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 919. - International Flavors & Fragrances Inc - common stock | | | | | Sold (part) | 1/31 | J | | |
| 920 - | | | - | | Buy (add'l) | 10/21 | J | | |
| 921 - Istar Financial Inc - common stock | | | | | Sold | 10/28 | J | | |
| 922. - Ivanhoe Mines Ltd CAD - common stock | | | | | | | | | |
| 923. - Kellogg Company - common stock | | | | | Sold (part) | 1/29 | J | | |
| 924 - | | | | | Buy (add'l) | 7/18 | J | | |
| 925 - | | | | | Sold | 10/21 | J | | |
| 926. - LaSalle Hotel Propertys SBI - common stock | | | | | Sold | 2/1 | J | | |
| 927. - Lehman Brothers Holdings Inc. - common stock | | | | | Buy (add'l) | 3/19 | J | | |
| 928. - | | | | | Sold | 9/10 | J | | |
| 929. - Lockheed Martin Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 930 - Lord Abbett High Yield Muni Bond Fund | | | | | | | | | |
| 931. - Mack Cali Realty Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 932. - Marshall & Ilsley Corporation - common stock | | | - | | Sold | 1/16 | J | | |
| 933. - Mattel Inc - common stock | | | | | | | | | |
| 934 - McKesson Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 935. - MEMC Electronic Materials Inc - common stock | | | | | Sold (part) | 1/4 | J | A | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 936 - | | | | | Sold<br>(part) | 1/16 | J | A | |
| 937 - Merrill Lynch & Co Inc - common stock | | | | | Buy<br>(add'l) | 2/6 | J | | |
| 938 - | | | | | Sold<br>(part) | 10/21 | J | A | |
| 939. - Microsoft Corporation - common stock | | | | | Buy<br>(add'l) | 2/1 | J | | |
| 940 - | | | | | Buy<br>(add'l) | 10/21 | J | | |
| 941 - | | | | | Sold<br>(part) | 11/26 | J | | |
| 942. - Millicom International Cellular - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 943. - Moneygram International Inc - common stock | | | | | Sold | 5/5 | J | | |
| 944. - Morgan Stanley - common stock | | | | | Sold<br>(part) | 2/12 | J | | |
| 945 - | | | | | Sold | 3/11 | J | | |
| 946 - Nasdaq Stock Market Inc - common stock | | | | | | 2/27 | J | | See note m Part VIII |
| 947 - NASDAQ OMX Group, Inc. - common stock | | | | | Merged<br>(with line 946) | 2/27 | J | | See note in Part VIII |
| 948 - | | | | | Sold<br>(part) | 10/21 | J | | |
| 949 - Nationwide Health Propertys Inc - common stock | | | | | Sold | 10/21 | J | | |
| 950 - Nike Inc - common stock | | | | | Sold | 2/13 | J | A | |
| 951 - Noble Energy Inc - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 952. - Old Republic International Corp - common stock | | | | | Sold<br>(part) | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 953 - Oracle Corporation - common stock | | | | | | | | | |
| 954. - Peabody Energy Corporation - common stock | | | | | Sold<br>(part) | 8/6 | J | A | |
| 955 - | | | | | Buy<br>(add'l) | 10/21 | J | | |
| 956 - Pentair Inc - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 957 - Petrobras - common stock | | | | | Sold<br>(part) | 1/4 | J | B | |
| 958 - Pioneer Natural Resources Company - common stock | | | | | Sold<br>(part) | 8/13 | J | A | |
| 959 - PNC Financial Services Group - common stock | | | | | Buy<br>(add'l) | 4/11 | J | | |
| 960 - | | | | | Buy<br>(add'l) | 4/18 | J | | |
| 961. - Polo Ralph Lauren Corporation - common stock | | | | | Sold | 10/21 | J | | |
| 962 - Principal Financial Services - common stock | | | | | Sold<br>(part) | 1/10 | J | A | |
| 963 - | | | | | Sold | 1/18 | J | A | |
| 964. - Prudential PLC ADR - common stock | | | | | Sold | 10/21 | J | | |
| 965 - Red Hat Inc. - common stock | | | | | Sold | 10/21 | J | | ▲ |
| 966. - Research-In-Motion Ltd - common stock | | | | | Sold | 10/21 | J | | |
| 967. - Roche Holding Ltd. ADR - common stock | | | | | Sold<br>(part) | 10/21 | J | | |
| 968 - Rockwell Collins Inc - common stoak | | | | | | | | | |
| 969 - Rogers Communications Inc - common stock | | | | | Sold | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 970  - Rowan Companies Inc. - common stock | | | | | | | | | |
| 971  - Schein (Henry) Inc - common stock | | | | | Sold (part) | 1/16 | J | A | |
| 972  - | | | | | Sold (part) | 10/21 | J | | |
| 973.  - Sempra Energy - common stock | | | | | Sold (part) | 10/21 | J | | |
| 974.  - Silver Standard Rescouces - common stock | | | | | Sold (part) | 7/28 | J | | |
| 975.  - Streettracks Gold Trust - Closed-end Fund | | | | | Sold (part) | 3/24 | J | A | See note in Part VIII |
| 976  - SPDR Gold Trust - ETF | | | | | | 5/21 | J | | See note in Part VIII |
| 977  - Suntrust Banks Inc - common stock | | | | | | | | | See note in Part VIII |
| 978.  - Supervalu Inc - common stock | | | | | Sold | 8/8 | J | | |
| 979.  - Telephone & Data Systems Inc - common stock | | | | | | | | | |
| 980  - Texas Instruments Inc - common stock | | | | | Sold (part) | 2/26 | J | | |
| 981  - Textron Inc - common stock | | | | | Sold | 8/22 | J | | |
| 982  - Thermo Fisher Scientific Inc - common stock | | | | | Sold | 10/21 | J | | |
| 983.  - Time Warner Cable - common stock | | | | | Sold (part) | 10/21 | J | | |
| 984  - Hercules Offshore Inc. - common stock | | | | | Sold (part) | 3/11 | J | | |
| 985  - Ultra Petroleum Corporation - common stock | | | | | Sold (part) | 10/21 | J | | |
| 986  - US Bancorp - common stock | | | | | Buy (add'l) | 10/21 | J | | |

1 Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000
(See Columns B1 and D4): F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000

2 Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000
(See Columns C1 and D3): N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000

3 Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market
(See Column C2): U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 987 - USG Corporation - common stock | | | | | Sold | 8/29 | J | | |
| 988 - United States Cellular Corporation - common stock | | | | | Sold (part) | 10/21 | J | | |
| 989 - Vmware Inc - common stock | | | | | Sold | 8/5 | J | | |
| 990 - Washington Real Estate Investment Trust - common stock | | | | | Sold | 10/21 | J | | |
| 991 - Weatherford International Ltd - common stock | | | | | Sold (part) | 8/13 | J | A | |
| 992 - | | | | | Buy (add'l) | 10/21 | J | | |
| 993. - Wells Fargo & Company - common stock | | | | | Buy (add'l) | 6/26 | J | | |
| 994 - Xcel Energy Inc - common stock | | | | | Sold (part) | 10/21 | J | | |
| 995. - AMB Property Corp - common stock | | | | | Buy | 2/29 | J | | |
| 996 - | | | | | Sold | 10/21 | J | | |
| 997 - Bank of America Corp - common stock | | | | | Buy | 3/12 | J | | |
| 998 - | | | | | Buy (add'l) | 3/26 | J | | |
| 999 - | | | | | Sold (part) | 9/18 | J | | |
| 1000 - Canadian National Railway Co - common stock | | | | | Buy | 7/21 | J | | |
| 1001. - | | | | | Sold | 8/25 | J | | |
| 1002. - Cooper Inds Ltd CL A- common stock | | | | | Buy | 7/18 | J | | |
| 1003. - | | | | | Sold | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15 000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions )*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code I<br>(A-H) | <br><br><br>(2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D.<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | <br><br><br>(2)<br>Date<br>Month -<br>Day | <br><br><br>(3)<br>Value<br>Code 2<br>(J-P) | <br><br><br>(4)<br>Gain<br>Code I<br>(A-H) | <br><br><br>(5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1004. - D R. Horton Inc - common stock | | | | | Buy | 4/16 | J | | |
| 1005. - | | | | | Sold | 10/21 | J | A | |
| 1006 - EOG Resources Inc - common stock | | | | | Buy | 3/18 | J | | |
| 1007 - | | | | | Sold | 8/1 | J | | |
| 1008. - Garmin Ltd. - common stock | | | | | Buy | 1/29 | J | | |
| 1009. - | | | | | Sold | 4/2 | J | | |
| 1010. - Halliburton Co Holdings - common stock | | | | | Buy | 4/8 | J | | |
| 1011. - | | | | | Sold | 10/31 | J | | |
| 1012. - Hospitality Properties Trust- common stock | | | | | Buy | 2/29 | J | | |
| 1013 - | | | | | Sold | 4/1 | J | | |
| 1014 - Liberty Property Trus t- common stock | - | | | | Buy | 4/18 | J | | |
| 1015 - | | | | | Sold | 10/21 | J | | |
| 1016 - Sandisk Corp - common stock | | | | | Buy | 1/8 | J | | |
| 1017 - | | | | | Sold | 7/18 | J | | |
| 1018 - Societe Generale Spon ADR - common s tock | | | | | Buy | 1/25 | J | | |
| 1019 - | | | | | Sold<br>(part) | 5/20 | J | | |
| 1020. - Sprint Nextel Corp - common stock | | | | | Buy | 7/2 | J | | |

| I Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1021. - | | | | | Buy (add'l) | 5/9 | J | | |
| 1022 - | | | | | Sold | 10/21 | J | | |
| 1023 - United Parcel Service CL B- common stock | | | | | Buy | 2/29 | J | | |
| 1024. - | | | | | Buy (add'l) | 3/25 | J | | |
| 1025. - | | | | | Buy (add'l) | 5/22 | J | | |
| 1026. - | | | | | Sold (part) | 7/18 | J | | |
| 1027. - | | | | | Sold | 10/21 | J | | |
| 1028. -Viacom Inc - common stock | | | | | Buy | 4/7 | J | | |
| 1029. - | | | | | Sold | 6/19 | J | | |
| 1030 - Wm Wrigley Jr Co - common stock | | | | | Buy | 1/17 | J | | |
| 1031 - | | | | | Sold | 5/7 | J | A | |
| 1032 - Abercrombie & Fitch Co - common stock | | | | | Buy | 11/20 | J | | |
| 1033. - Acadia Rlty TR SBI- common stock | | | | | Buy | 8/21 | J | | |
| 1034 - | | | | | Sold | 10/21 | J | . | |
| 1035 - Adobe Systems - common stock | | | | | Buy | 8/18 | J | | |
| 1036 - Allergen Inc - common stock | | | | | Buy | 9/2 | J | | |
| 1037. - Anglogold Ashanti Limited - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000 001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1038 - | | | | | Sold<br>(part) | 11/26 | J | A | |
| 1039. - Avon Products Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1040 - | | | | | Sold<br>(part) | 11/13 | J | | |
| 1041 - BAE Systems PLC ADR - common stock | | | | | Buy | 3/25 | J | | |
| 1042 - | | | | | Buy<br>(add'l) | 4/2 | J | | |
| 1043. - | | | | | Sold | 10/21 | J | | |
| 1044. - Becton Dickenson & Co. - common stock | | | | | Buy | 8/19 | J | | |
| 1045. - | | | | | Sold | 11/24 | J | | |
| 1046 - Best Buy Co. - common stock | | | | | Buy | 9/12 | J | | |
| 1047 - BG Group PLC - common stock | | | | | Buy | 7/18 | J | | |
| 1048. - | | | | | Sold | 10/21 | J | | |
| 1049 - Big Lots - common stock | | | | | Buy | 10/21 | J | | |
| 1050 - | | | | | Sold<br>(part) | 12/30 | J | | |
| 1051 - BorgWarner Inc - common stock | | | | | Buy | 6/18 | J | | |
| 1052. - | | | | | Sold | 10/21 | J | | |
| 1053 - Boston Scientific Corp- common stock | | | | | Buy | 2/29 | J | | |
| 1054. - Bunge Ltd - common stock | | | | | Buy | 7/18 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100 000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions )

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1055 - | | | | | Sold | 10/21 | J | | |
| 1056 - Capital One Financial Corp- common stock | | | | | Buy | 4/9 | J | | |
| 1057 - | | | | | Buy (add'l) | 9/15 | J | | |
| 1058. - Centrais Elec Bras ADR - preferred stock | | | | | Buy | 11/4 | J | | |
| 1059 - Ceradyne Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1060 - | | | | | Sold | 10/29 | J | | |
| 1061 - Clorox Co. - common stock | | | | | Buy | 7/24 | J | | |
| 1062 - | | | | | Sold | 10/21 | J | A | |
| 1063. - Compass Minerals Int'l Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1064 - Consolidated Edison Inc. - common stock | | | | | Buy | 5/22 | J | | |
| 1065 - | | | | | Sold (part) | 10/21 | J | | |
| 1066 - Covance Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1067 - | | | | | Sold | 10/24 | J | | |
| 1068 - DCT Industrial Trust Inc. - common stock | | | | | Buy | 6/17 | J | | |
| 1069 - | | | | | Sold | 10/21 | J | | |
| 1070 - Dell Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1071 - Diamond Rock Hospitality Co - common stock | | | | | Buy | 5/8 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2 501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50 000 | L =$50 001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25 000,000 | |
| | P3 =$25,000,001 - $50 000,000 | | P4 =More than $50,000 000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1072 - | | | | | Sold | 10/21 | J | | |
| 1073 - Entergy Corp - common stock | | | | | Buy | 9/15 | J | | |
| 1074 - Flour Corp - common stock | | | | | Buy | 8/6 | J | | |
| 1075. - | | | | | Sold<br>(part) | 10/21 | J | | |
| 1076 - FMC Technologies Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1077 - | | | | | Sold | 10/27 | J | | |
| 1078 - Franklin Resources Inc. - common stock | | | | | Buy | 9/18 | J | | |
| 1079 - Goodyear Tire Rubber - common stock | | | | | Buy | 10/21 | J | | |
| 1080. - Harley Davidson Inc. - common stock | | | | | Buy | 9/17 | J | | |
| 1081 - | | | | | Sold | 12/26 | J | | |
| 1082 - Hess Corporation - common stock | | | | | Buy | 5/14 | J | | |
| 1083 - Illumina Inc - common stock | | | | | Buy | 2/25 | J | | . |
| 1084 - | | | | | Sold | 10/21 | J | | |
| 1085. - J Crew Group Inc - common stock | | | | | Buy | 6/12 | J | | |
| 1086 - Lowes Companies Inc - common stock | | | | | Buy | 9/15 | J | | |
| 1087 - Masco Corp. - common stock | | | | | Buy | 9/16 | J | | |
| 1088 - McDermott Int'l Inc - common stock | | | | | Buy | 2/5 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50 000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1089. - Medco Health Solutions Inc - common stock | | | | | Buy | 9/3 | J | | |
| 1090 - | | | | | Sold | 10/21 | J | | |
| 1091 - Mitsubishi Corp ADR - common stock | | | | | Buy | 5/9 | J | | |
| 1092. - | | | | | Buy<br>(add'l) | 5/19 | J | | |
| 1093 - | | | | | Sold | 10/21 | J | | |
| 1094. - Moody's Corp - common stock | | | | | Buy | 5/20 | J | | |
| 1095 - Newell Rubbermaid Inc - common stock | | | | | Buy | 9/3 | J | | |
| 1096. - | | | | | Sold | 10/21 | J | | |
| 1097 - Newmont Mining Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 1098 - Nippon Telegraph & Telephone ADS - common stock | | | | | Buy | 10/21 | J | | |
| 1099. - Occidental Petroleum Corp. - common stock | | | | | Buy | 1/4 | J | | |
| 1100. - | | | | | Sold | 10/21 | J | | |
| 1101 - Proshares Ultra Short Basic Mat - ETF | | | | | Buy | 10/21 | J | | |
| 1102 - Proshares Ultrashort Financial - ETF | | | | | Buy | 11/7 | J | | |
| 1103 - Proshares ultrashort QQQ ETF - ETF | | | | | Buy | 10/21 | J | | |
| 1104. - Proshares Ultrashort Real Estate - ETF | | | | | Buy | 10/21 | J | | |
| 1105. - Proshares Ultrashort Russell 2000 - ETF | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5 000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500 001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1106 - Proshares Ultrashort S&P500 - ETF | | | | | Buy | 10/21 | J | | |
| 1107 - Proshares Ultrashort Oil & Gas - ETF | | | | | Buy | 10/21 | J | | |
| 1108 - Proshares Ultrashort MSCI EMER - ETF | | | | | Buy | 10/21 | J | | |
| 1109 - Proshare Ultrashort Industrial - ETF | | | | | Buy | 10/21 | J | | |
| 1110. - Proshares Ultrashort Consumer - ETF | | | | | Buy | 10/21 | J | | |
| 1111. - Range Resources Corp. - common stock | | | | | Buy | 5/21 | J | | |
| 1112. - Rayonier Incorporated - common stock | | | | | Buy | 7/17 | J | | |
| 1113 - | | | | | Sold | 10/21 | J | | |
| 1114 - Salesforce.com Inc - common stock | | | | | | | | | See note in Part VIII |
| 1115. - | | | | | Sold | 10/21 | J | | |
| 1116 - Scientific Games Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 1117 - Senior HSG PPTY TR SBI - common stock | | | | | Buy | 2/29 | J | | |
| 1118 - | | | | | Sold | 10/21 | J | | |
| 1119 - Shaw Group Incorporated - common stock | | | | | Buy | 1/31 | J | | |
| 1120 - | | | | | Sold | 10/21 | J | | |
| 1121 - St Jude Medical Inc - common stock | | | | | Buy | 1/24 | J | | |
| 1122. - | | | | | Buy (add'l) | 2/5 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1 000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100 001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1 000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000 001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1123 - | | | | | Sold (part) | 10/21 | J | | |
| 1124 - Taiwan Semiconducter Mfg Co. Ltd ADR - common stock | | | | | Buy | 7/18 | J | | |
| 1125 - | | | | | Sold | 10/21 | J | | |
| 1126 - Telus Corp - common stock | | | | | Buy | 1/7 | J | | |
| 1127 - | | | | | Sold | 10/21 | J | | |
| 1128 - Western Union Co. - common stock | | | | | Buy | 4/30 | J | | |
| 1129 - Weyerhaeuser Co - common stock | | | | | Buy | 10/21 | J | | |
| 1130 - XTO Energy Inc. - common stock | | | | | Buy | 5/22 | J | | |
| 1131 - Zimmer Holdings Inc. - common stock | | | | | Buy | 3/17 | J | | |
| 1132 - Zions Bancorp - common stock | | | | | Buy | 10/21 | J | | |
| 1133 - Activsion Blizzard Inc - common stock | | | | | Buy | 4/2 | J | | |
| 1134 - Ace Ltd - common stock | | | | | Buy | 10/21 | J | | |
| 1135 - Aegon NV ADR - common stock | | | | | Buy | 10/21 | J | | |
| 1136. - Akami Technologies Inc - common stock | | | | | Buy | 12/1 | J | | |
| 1137 - Alcatel - Lucent ADS- common stock | | | | | Buy | 10/21 | J | | |
| 1138 - Allegheny Technologies Inc. - common stock | | | | | Buy | 12/1 | J | | |
| 1139 - Alumina Ltd - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2 500 G =$100,001 - $1,000 000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,001 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250 000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g., div, rent, or int) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1140 - Autodesk Delaware- common stock | | | | | Buy | 10/21 | J | | |
| 1141. - Bed Bath & Beyond - common stock | | | | | Buy | 10/21 | J | | |
| 1142 - Biogen Idec Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1143 - BJ's Wholesale Club - common stock | | | | | Buy | 10/21 | J | | |
| 1144. - Blackrock Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1145. - Broadcom Corp - common stock | | | | | Buy | 10/21 | J | | |
| 1146. - Cameco Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 1147. - Cardinal Health Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1148 - Carnival Corp - common stock | | | | | Buy | 11/26 | J | | |
| 1149 - Chubb Corp - common stock | | | | | Buy | 10/21 | J | | |
| 1150. - Church & Dwight Co Inc - common stock | | | | | Buy | 12/18 | J | | |
| 1151 - Comcast Corp - common stock | | | | | Buy | 10/21 | J | | |
| 1152 - Corrections Corp of America - common stock | | | | | Buy | 11/7 | J | | |
| 1153 - Costco Wholesale Corp - common stock | | | | | Buy | 10/21 | J | | |
| 1154 - Cree Research Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1155 - Dai Nippn Prtg. Ltd Japan - common stock | | | | | Buy | 10/28 | J | | |
| 1156 - Daiwa House Industry Co Ltd ADR - common stock | | | | | Buy | 10/29 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2 500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50.001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1157 - Dolby Labs Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1158 - Ebay Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1159 - Expedia Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1160. - Fidelity National Financial - common stock | | | | | Buy | 12/17 | J | | |
| 1161 - Fifth Third Bancorp - common stock | | | | | Buy | 7/17 | J | | |
| 1162 - First Solar Inc - common stock | | | | | Buy | 12/2 | J | | |
| 1163 - Forest Laboratories Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1164 - FPL Group Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1165. - FTI Consultmg Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1166. - FujiFilm Hldgs Corp ADR - common stock | | | | | Buy | 10/21 | J | | |
| 1167 - General Mills Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1168 - Gold Fields Ltd. ADR - common stock | | | | | Buy | 10/21 | J | | |
| 1169 - Gold Corp Inc - common stock | | | | | Buy | 11/26 | J | | |
| 1170 - H & R Block Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1171 - Hachijuni Bank Ltd ADR- common stock | | | | | Buy | 10/28 | J | | |
| 1172 - Hewitt Associates Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1173. - Home Depot Inc - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5 001 - $15,000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500 000 | O =$500,001 - $1,000,000 | P1 =$1 000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1174. - IHS Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1175 - Impala Platinum Hldgs Ltd. ADR - common stock | | | | | Buy | 10/29 | J | | |
| 1176 - Intel Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 1177 -IntercontmentalExchange Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1178 - Int'l. Busmess Machines Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 1179. - iShares Comex Gold Trust - ETF | | | | | Buy | 10/21 | J | | |
| 1180. - Itron Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1181. - Johnson & Johnson - common stock | | | | | Buy | 10/21 | J | | |
| 1182. - Korea Electric Power Corp ADS - common stock | | | | | Buy | 10/29 | J | | |
| 1183 - L-3 Communications Hldgs Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1184 - Liberty Global Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1185 - Liberty Media Corp Series A Liberty Ent - common stock | | | | | Buy | 10/21 | J | | |
| 1186. - Liberty Media Hldg Series A Interactive - common stock | | | | | Buy | 10/21 | J | | |
| 1187 - Liberty Media Corp Hldg Capital Series A - common stock | | | | | Buy | 10/21 | J | | |
| 1188. - Lihi Gld Ltd ADR- common stock | | | | | Buy | 10/21 | J | | |
| 1189. - Lonmin PLC ADR- common stock | | | | | Buy | 10/29 | J | | |
| 1190 - M&T Bancorp - common stock | | | | | Buy | 12/23 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15 000 | E =$15 001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50 001 - $100,000 | G =$100,001 - $1 000,000 | H1 =$1,000,001 - $5 000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250 000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000 000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000 000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | _ 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1191. - Magna Int'l Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1192 - McDonalds Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 1193 - MGM Mirage - cmmon stock | | | | | Buy | 11/18 | J | | |
| 1194 - Mitsui Sumitomo ADR - common stock | | | | | Buy | 10/28 | J | | |
| 1195 - Monster Worldwide Inc. - common stock | | | | | Buy | 11/25 | J | | |
| 1196 - Morningstar Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1197. - National Oilwell Varco Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1198. - Newcrest Mining Ltd. ADR - common stock | | | | | Buy | 10/29 | J | | |
| 1199. - Nexen Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1200 - Northeast Utilities - common stock | | | | | Buy | 1021 | J | | |
| 1201 - Nvidia Corporation - common stock | | | | | Buy | 10/21 | J | | |
| 1202 - Pall Corporation - common stock | | | | | Buy | 10/21 | J | | |
| 1203 - Panasonic Corp. ADR - common stock | | | | | Buy | 10/21 | J | | |
| 1204 - Penn National Gaming - common stock | | | | | Buy | 11/21 | J | | |
| 1205 - Penney J C Co. - common stock | | | | | Buy | 10/21 | J | | |
| 1206 - Petro Canada - common stock | | | | | Buy | 10/21 | J | | |
| 1207 - Petroleo Brasileiro SA ADS - common | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50 000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000 001 - $50,000 000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1208 - Petroleo Brasileiro SA ADR - common stock | | | | | Buy | 11/10 | J | | |
| 1209 - Pfizer Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1210. - Phillips Van Heusen - common stock | | | | | Buy | 10/21 | J | | |
| 1211 - Polaris Industries Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1212. - Promise Co ADR - common stock | | | | | Buy | 10/30 | J | | |
| 1213 - Ralcorp Hldgs Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1214 - Roper Industries Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1215 - Royal Caribbean Cruises Ltd - common stock | | | | | Buy | 12/3 | J | | |
| 1216 - Seagate Technology Hldgs. - common stock | | | | | Buy | 10/21 | J | | |
| 1217 - Sears Holding Corp. - common stock | | | | | Buy | 10/21 | J | | |
| 1218 - Sega Sammy Holdings ADR - common stock | | | | | Buy | 10/28 | J | | |
| 1219 - Sekisui House Ltd ADR - common stock | | | | | Buy | 10/28 | J | | |
| 1220 - Seven & I Hldgs Co Ltd ADR - common stock | | | | | Buy | 12/24 | J | | |
| 1221 - Shiseido Ltd ADR- common stock | | | | | Buy | 10/27 | J | | |
| 1222 - | | | | | Buy (add'l) | 12/18 | J | | |
| 1223 - SK Telecom Co. Ltd - common stock | | | | | Buy | 10/21 | J | | |
| 1224 - Southwest Airlines - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1 000 or less | B =$1,001 - $2.500 | C =$2.501 - $5,000 | D =$5,001 - $15,000 | E =$15.001 - $50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100.000 | G =$100.001 - $1.000,000 | H1 =$1,000,001 - $5,000.000 | H2 =More than $5.000.000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50.000 | L =$50.001 - $100.000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250.001 - $500,000 | O =$500,001 - $1.000,000 | P1 =$1,000.001 - $5,000.000 | P2 =$5,000.001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000.000 | | P4 =More than $50,000.000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period<br>(1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g,<br>div, rent,<br>or int) | C<br>Gross value at end of<br>reporting period<br>(1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | D<br>Transactions during reporting period<br>(1)<br>Type (e g,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1225 - Stericycle Inc. - common stock | | | | | Buy | 10/21 | J | | |
| 1226. - Stora Enso ADR Series R - common stock | | | | | Buy | 11/4 | J | | |
| 1227 - Strayer Education Inc - common stock | | | | | Buy | 10/30 | J | | |
| 1228 - Sumitomo TR & BK Co. ADR - common stock | | | | | Buy | 10/30 | J | | |
| 1229 - Suncor Energy Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1230 - Swisscom AG ADR - common stock | | | | | Buy | 10/29 | J | | |
| 1231. - Target Corporation - common stock | | | | | Buy | 10/21 | J | | |
| 1232. - TDK Corp. ADR - common stock | | | | | Buy | 10/21 | J | | |
| 1233 - Technip-Coflexip - common stock | | | | | Buy | 11/5 | J | | |
| 1234. - Teco Energy - common stock | | | | | Buy | 10/21 | J | | |
| 1235 - Telecom Italia SpA SVGS SH - common stock | | | | | Buy | 10/29 | J | | |
| 1236. - Tyco Electronics Ltd. - common stock | | | | | Buy | 10/21 | J | | |
| 1237 - Tyco International Ltd. - common stock | | | | | Buy | 10/21 | J | | |
| 1238 - United Utilities Group PLC - common stock | | | | | Buy | 10/23 | J | | |
| 1239 - United Health Group Inc - common stock | | | | | Buy | 10/21 | J | | |
| 1240. - Vertex Pharmaceuticals - common stock | | | | | Buy | 11/17 | J | | |
| 1241 - Wabtec Corp. - common stock | | | | | Buy | 10/21 | J | | |

| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000 001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15 001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5 000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end of<br>reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1242 - Wacoal Hldgs Corp ADR - common stock | | | | | Buy | 10/28 | J | | |
| 1243 - Walt Disney Hldg Co - common stock | | | | | Buy | 10/21 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

PART III:

Page 2, Line 1· This one-time Extended Service Incentive Program payment related to ▇▇▇▇▇▇ service on the California State Court and paid after his death was erroneously reported in my 2007 Financial Disclosure Report on Page 2, Line 2  The funds were not actually received until January 31, 2008

PART VII

BROKERAGE ACCOUNT #1:

Page 4, Line 5  In September 2009, my cash equivalent account moved from Smith Barney to Morgan Stanely.

Pages 4-5, Lines 16-19: On May 2, 2008, Cadbury Schweppes plc split into two separate entities: the confectionary unit was renamed Cadbury plc  and the North American beverage unit was spun off and named Dr  Pepper Snapple Group Inc  I currently have no position in either company.

Page 14 , Lines 178-180  On July 16, 2008, Suez SA and Gaz de France SA (GDF) merged to form GDF Suez  I currently have no position in GDF Suez

Page 15, Line 196.  Regarding Altera Corp  in my 2007 Financial Disclsoure Report - see Page 20, Line 278, I inadvertently omitted a final sale of my position on 12/20/07 with a value of "J" at a loss.

Pages 17-18, Lines 230-239:  In August 2008, IAC/InterActive Corp. split into five separate publicly traded companies:  IAC/InterActive Corp., HSN, Inc , Interval Leisure Group Inc., Ticketmaster Entertainment, Inc , and Tree com Inc  I currently have a position in AC/InterActive Corp  and Ticketmaster Entertainment, Inc.

BROKERAGE ACCOUNT #2·

Page 41, Line 633:  In September 2009, my cash equivalent account moved from Smith Barney to Morgan Stanely

Page 41, Lines 639-642   On May 2, 2008, Cadbury Schweppes plc split into two separate entities:  the confectionary unit was renamed Cadbury plc  and the North American beverage unit was spun off and named Dr  Pepper Snapple Group Inc  I currently have no position in either company.

Page 44, Lines 690-693.  On April 4, 2008 FairPoint Communications Inc  merged with Northern New England Spinco Inc, an entity which owned Verizon Communications' landline and related operations in Maine, New Hampshire and Vermont.  As a result, Verizon stockholders received shares of FairPoint Communications Inc  I no longer have positions in these companies

Page 53, Lines 836-838.  On July 16, 2008, Suez SA and Gaz de France SA (GDF) merged to form GDF Suez  I currently have no position in GDF Suez

Page 54, Line 853:  Regarding AES Corporation in my 2007 Financial Disclsoure Report - see Page 53, Line 837, I inadvertently entered a partial sale on 12/18/07  It should have been a final sale with a value of "J" at a gain of "A"

Page 54, Line 867.  Regarding Apollo Group Inc  in my 2007 Financial Disclsoure Report - see Page 54, Line 863, I inadvertently entered a partial sale on 4/26/07  It should have been a final sale with a value of "J" at a gain of "A"

Page 57, Lines 910-917·  In August 2008, IAC/InterActive Corp  split into five separate publicly traded companies.  IAC/InterActive Corp , HSN, Inc., Interval Leisure Group Inc., Ticketmaster Entertamment, Inc., and Tree.com Inc  I currently have a position in AC/InterActive Corp. and Ticketmaster Entertainment, Inc

Page 59, Lines 946-948   On February 27, 2008, Nasdaq Stock Market Inc  acquired and merged with OMX AB to form NASDAQ OMX Group, Inc  My position in Nasdaq Stock Market Inc , therefore, became a position in NASDAQ OMX Group, Inc

Page 61, Lines 975-976.  On May 21, 2008, Streettracks Gold Trust was renamed SPDR Gold Trust  My position in Streetracks Gold Trust, therefore, became a position in SPDR Gold Trust

Page 61, Line 977.  Suntrust Banks Inc, was inadvertently listed twice in my 2007 Financial Disclosure Report - see Page 63, Lines 1013 and 1016 of my 2007 Financial Disclosure Report  The duplicate entry from line 1016 was erroneous and is not listed in this report

Page 69, Lines 1114-1115  Salesforce com was inadvertently omitted from my 2007 Financial Disclsoure Report  It was a new buy on January 16, 2007 with a value of "J".  There were no other reportable transactions in 2007

| Name of Person Reporting | Date of Report |
|---|---|
| MORROW, MARGARET M. | 06/11/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature\_\_\_\_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544